UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deyanira Gomez
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NY.P.D Cunceling Unit
Victoria Tobin, "MNU"Sweeny
"MNU" Lichenstein (see attached Additional Defts)

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

# 15 CV 4036

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☒ Yes  ☐ No

*(check one)*

RECEIVED
MAY 18 2015
PRO SE OFFICE

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

**☒**

Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).
***NOTE:*** *In order to bring suit in federal district court under Title VII, you must first obtain a
Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____

Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621 - 634.
***NOTE:*** *In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file a charge with the Equal Employment Opportunity
Commission.*

_____

Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
12117.
***NOTE:*** *In order to bring suit in federal district court under the Americans with Disabilities Act,
you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
Commission.*

_____

New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age,
race, creed, color, national origin, sexual orientation, military status, sex,
disability, predisposing genetic chacteristics, marital status).

_____

New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
131 (actual or perceived age, race, creed, color, national origin, gender,
disability, marital status, partnership status, sexual orientation, alienage,
citizenship status).

*Rev. 05/2010*

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Deyanira Gomez

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

See Attached;
New York City Police Department
Peter Galvin, Eric Gayen
Dominic Valenti, and MNY Spano

*(In the space above enter the full name(s) of the defendant(s).)*
*If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:  ☐ Yes  ☐ No

*(check one)*

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

✓ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

✓ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

✓ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

*Rev. 05/2010*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional plaintiffs named.
Attach additional sheets of paper as necessary.

Plaintiff        Name        Deyanira Gomez
                 Street Address    164 John Street
                 County, City    Staten Island, N.Y. 10302
                 State & Zip Code
                 Telephone Number    Private

B.    List all defendants' names and the address where each defendant may be served.  Make sure that the
defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets
of paper as necessary.

Defendant        Name        N.Y.P.D. Counceling Unit.
                 Street Address    1 Police Plaza
                 County, City    New York, N.Y. 10003
                 State & Zip Code
                 Telephone Number    646-610-5000

C.    The address at which I sought employment or was employed by the defendant(s) is:
                 Employer    N.Y.P.D. - New York City Police Department
                 Street Address    1 Police Plaza
                 County, City    New York
                 State & Zip Code    New York
                 Telephone Number    10003

**II.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events.  Describe how you were
discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts
to support those claims.  You may wish to include further details such as the names of other persons involved
in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as
necessary.

A.    The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____        Failure to hire me.

___X___        Termination of my employment.

_____        Failure to promote me.

___X___        Failure to accommodate my disability.

___X___        Unequal terms and conditions of my employment.

*Rev. 05/2010*                    2 - A

## I.  Parties in this complaint:

A.  List your name, address and telephone number.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff     Name  _Deyanira Gomez_
              Street Address  _164 John Street_
              County, City  _Staten Island, N.Y. 10302_
              State & Zip Code  _____
              Telephone Number  _Private_

B.  List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant     Name  _N.Y.P.D. Police Officer "M.N.U." Spano_
              Street Address  _1 Police Plaza_
              County, City  _New York, N.Y. 10003_
              State & Zip Code  _____
              Telephone Number  _646-610-5000_

C.  The address at which I sought employment or was employed by the defendant(s) is:

              Employer  _N.Y.P.D. - New York City Police Department_
              Street Address  _1 Police Plaza_
              County, City  _New York_
              State & Zip Code  _New York_
              Telephone Number  _10003_

## II.  Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____     Failure to hire me.

__X__       Termination of my employment.

_____     Failure to promote me.

__X__       Failure to accommodate my disability.

__X__       Unequal terms and conditions of my employment.

*Rev. 05/2010*                    2 - 13

## I.    Parties in this complaint:

A.    List your name, address and telephone number.  Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff        Name        _Deyanira Gomez_
                 Street Address    _164 John Street_
                 County, City    _Staten Island, N.Y. 10302_
                 State & Zip Code    _____
                 Telephone Number    _Private_

B.    List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant        Name    _N.Y.P.D. Police Officer Dominic Valenti._
                 Street Address    _1 Police Plaza_
                 County, City    _New York, N.Y. 10003_
                 State & Zip Code    _____
                 Telephone Number    _646-610-5000_

C.    The address at which I sought employment or was employed by the defendant(s) is:

                 Employer    _N.Y.P.D. - New York City Police Department_
                 Street Address    _1 Police Plaza_
                 County, City    _New York_
                 State & Zip Code    _New York_
                 Telephone Number    _10003_

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

        _____        Failure to hire me.

        __X__        Termination of my employment.

        _____        Failure to promote me.

        __X__        Failure to accommodate my disability.

        __X__        Unequal terms and conditions of my employment.

*Rev. 05/2010*                    2 - C

## I.  Parties in this complaint:

A.  List your name, address and telephone number.  Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff

Name _____ Deyanira Gomez _____
Street Address _____ 164 John Street _____
County, City _____ Staten Island, N.Y. 10302 _____
State & Zip Code _____
Telephone Number _____ Private _____

B.  List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant

Name _____ Medical Doctor Eric Gauen. _____
Street Address _____ 1 Police Plaza _____
County, City _____ New York, N.Y. 10003 _____
State & Zip Code _____
Telephone Number _____ 646-610-5000 _____

C.  The address at which I sought employment or was employed by the defendant(s) is:

Employer _____ N.Y.P.D. - New York City Police Department _____
Street Address _____ 1 Police Plaza _____
County, City _____ New York _____
State & Zip Code _____ New York _____
Telephone Number _____ 10003 _____

## II.  Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____        Failure to hire me.

___X___         Termination of my employment.

_____        Failure to promote me.

___X___         Failure to accommodate my disability.

___X___         Unequal terms and conditions of my employment.

**I.      Parties in this complaint:**

A.      List your name, address and telephone number.  Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff       Name        _Deyanira Gomez_
                Street Address  _164 John Street_
                County, City    _Staten Island, N.Y. 10302_
                State & Zip Code _____
                Telephone Number _Private_

B.      List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant       Name        _N.Y.P.D. Medical Doctor Peter Galvin_
                Street Address  _1 Police Plaza_
                County, City    _New York, N.Y. 10003_
                State & Zip Code _____
                Telephone Number _646-610-5000_

C.      The address at which I sought employment or was employed by the defendant(s) is:

                Employer    _N.Y.P.D. - New York City Police Department_
                Street Address  _1 Police Plaza_
                County, City    _New York_
                State & Zip Code _New York_
                Telephone Number _10003_

**II.     Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.      The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

        _____        Failure to hire me.

        __X__           Termination of my employment.

        _____        Failure to promote me.

        __X__           Failure to accommodate my disability.

        __X__           Unequal terms and conditions of my employment.

*Rev. 05/2010*                         2 - E

## I.  Parties in this complaint:

A.  List your name, address and telephone number.  Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _____ Deyanira Gomez _____
             Street Address _____ 164 John Street _____
             County, City _____ Staten Island , N.Y. 10302 _____
             State & Zip Code _____
             Telephone Number _____ Private _____

B.  List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant    Name _____ N.Y.P.D. - Medical Doctor "M.N.U" Lichenstein _____
             Street Address _____ 1 Police Plaza _____
             County, City _____ New York, N.Y. 10003 _____
             State & Zip Code _____
             Telephone Number _____ 646-610-5000 _____

C.  The address at which I sought employment or was employed by the defendant(s) is:

             Employer _____ N.Y.P.D. - New York City Police Department _____
             Street Address _____ 1 Police Plaza _____
             County, City _____ New York _____
             State & Zip Code _____ New York _____
             Telephone Number _____ 10003 _____

## II.  Statement of Claim:

State as briefly as possible the underlined facts of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

    _____       Failure to hire me.

    __X___        Termination of my employment.

    _____       Failure to promote me.

    __X___        Failure to accommodate my disability.

    __X___        Unequal terms and conditions of my employment.

**I.      Parties in this complaint:**

A.      List your name, address and telephone number.  Do the same for any additional plaintiffs named.
Attach additional sheets of paper as necessary.

Plaintiff        Name _____Deyanira Gomez_____

         Street Address _____164 John Street_____

         County, City _____Staten Island, N.Y. 10302_____

         State & Zip Code _____

         Telephone Number _____Private_____

B.      List all defendants' names and the address where each defendant may be served.  Make sure that the
defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets
of paper as necessary.

Defendant        Name _____N.Y.P.D. - "M.N.U" Sweeny_____

         Street Address _____1 Police Plaza_____

         County, City _____New York, N.Y. 10003_____

         State & Zip Code _____

         Telephone Number _____646-610-5000_____

C.      The address at which I sought employment or was employed by the defendant(s) is:

         Employer _____N.Y.P.D. - New York City Police Department_____

         Street Address _____1 Police Plaza_____

         County, City _____New York_____

         State & Zip Code _____New York_____

         Telephone Number _____10003_____

**II.     Statement of Claim:**

State as briefly as possible the facts of your case, including relevant dates and events.  Describe how you were
discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts
to support those claims.  You may wish to include further details such as the names of other persons involved
in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as
necessary.

A.      The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

         _____        Failure to hire me.

         __X___        Termination of my employment.

         _____        Failure to promote me.

         __X___        Failure to accommodate my disability.

         __X___        Unequal terms and conditions of my employment.

## I.    Parties in this complaint:

A.    List your name, address and telephone number.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name _____ Deyanira Gomez _____
               Street Address _____ 164 John Street _____
               County, City _____ Staten Island, N.Y. 10302 _____
               State & Zip Code _____
               Telephone Number _____ Private _____

B.    List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant      Name _____ New York City Police Department _____
               Street Address _____ 1 Police Plaza _____
               County, City _____ New York, N.Y. 10003 _____
               State & Zip Code _____
               Telephone Number _____ 646-610-5000 _____

C.    The address at which I sought employment or was employed by the defendant(s) is:

               Employer _____ N.Y.P.D. - New York City Police Department _____
               Street Address _____ 1 Police Plaza _____
               County, City _____ New York _____
               State & Zip Code _____ New York _____
               Telephone Number _____ 10003 _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____      Failure to hire me.

____X____      Termination of my employment.

_____      Failure to promote me.

____X____      Failure to accommodate my disability.

____X____      Unequal terms and conditions of my employment.

*Rev. 05/2010*                    2 - M

## I.    Parties in this complaint:

A.    List your name, address and telephone number.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff        Name _____ Deyanira Gomez _____

Street Address _____ 164 John Street _____

County, City _____ Staten Island, N.Y. 10302 _____

State & Zip Code _____

Telephone Number _____ Private _____

B.    List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant        Name _____ N.Y.P.D. - Victoria Tobin _____

Street Address _____ 1 Police Plaza _____

County, City _____ New York, N.Y. 10003 _____

State & Zip Code _____

Telephone Number _____ 646-610-5000 _____

C.    The address at which I sought employment or was employed by the defendant(s) is:

Employer _____ N.Y.P.D. - New York City Police Department _____

Street Address _____ 1 Police Plaza _____

County, City _____ New York _____

State & Zip Code _____ New York _____

Telephone Number _____ 10003 _____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____        Failure to hire me.

__X__        Termination of my employment.

_____        Failure to promote me.

__X__        Failure to accommodate my disability.

__X__        Unequal terms and conditions of my employment.

✓ Retaliation.

✓ Other acts *(specify)*: Wrongful Dismissal / Unlawful Termination

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.    It is my best recollection that the alleged discriminatory acts occurred on: 04/03/08 - Present
*Date(s)*

C.    I believe that defendant(s) *(check one)*:

✓    is still committing these acts against me.

_____    is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

☐ race _____    ☐ color _____

☐ gender/sex _____    ☐ religion_____

☐ national origin _____

☐ age. My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

☒ disability or perceived disability, Line of duty Accident 09/02/08 *(specify)*
Torn Rotator Cuff (Right), Post Traumatic stress disorder, Major Depression
Nerve Damage, Herniated Disk (L)(T) and Cervical Spine, Sleep Apnia

E.    The facts of my case are as follow *(attach additional sheets as necessary)*:

On April 3rd of 2008 Plaintiff, Deyanira Gomez
who was a former New York City Police Officer
appointed from february 28, 1994 until November 25, 2010
suffered an accident while performing the duties
of police Officer and sustained personal injuries
which have made her permanently disabled.
- See additional pages

**Note:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

## III.    Exhaustion of Federal Administrative Remedies:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____ January of 2011 _____ *(Date)*.

On May 13, 2010 while performing her duties to transport a defective metal roll up gate (Also known as the Sally Port) located at the rear of 100 Center Street also known as Manhattan Central Booking fell on her. This Acident cause her multiple permancnet physical injuries and psychological trauma. As a Result of these injuries plaintiff sustained Multiple injuries to her Cervical Lumbar and thoracic spine which Include Anterior Dish extensions, Anterior Dish spurring posterior Dish Bulge. Defussed Dish Desiccation and Dish herniations. Please See enclosed M.R.I Reports. These Injuries advanced further when correlated with prior M.R.I Reports taken from 2008- 2010. Plaintiff also sustained a tear to her right rotator Cuff (Right Shoulder derangement/ Impingment) Which required surgery. Plaintiff was also diagnozed with by her treating Neurologis with Posttraumatic Fibromyalsia, Post traumatic Cervicogenic headach, Migains, Cervical strain Myo faciitis and an Electrical magnetic nerve test (E.M.G) revealed nerve damage of her C-5/ C-6 (radiculopathy) After Suffering from Recurring Panic attacks due to Plaintiffs transfer from her original Command to Brooklyn Central Booking / Expidited arrest processing unit (E.C.AB) which required that most police Officers perform a

Months into this time Five (35) of overtime a month while on a medically restrictive status. Plaintiff was now suffering with sleep deprivation, debilitating pain and reoccuring migrains and Panic Attacks. This was due to the high work volume and overtime that had to be performed expeditiously. After explaining to various supervisors at her command how the overtime and work load was negatively impacting her injuries and asking for medical accomodation, Plaintiff was told by Supervisor in her command that she could not be accomodated. She was advised that the only way for her to be accomodated Medically would be through the N.Y.P.D. Medical Division, who would have to give Plaintiff a form (Sick Report Return to duty) detailing her Additional Medical Restrictions (Repetative Movements/ Exemption from Overtime ect.) In May of 2009 Defendant N.Y.P.D. District Surgeon M.D. Peter Galvin was advised by Plaintiff during her special Medical Division Monthly visit's how the heavy work load, repetative movements and mandatory overtine were negatively impacting and accelerating the symptoms of her injuries. Plaintiff asked Defendant Peter Galvin for help getting a transfer, CONT- - - - pg 03 of 08

of CBX and details of Plaintiff's other work related
injuries along with other personal treating
physician notes detailing what Plaintiff
could not perform but Defendant Refused
to medically Accomodate plaintiff and
Refered her to the N.Y.P.D. Psychological
Unit. N.Y.P.D. Psychiatrist M.D. ERIC GAVEN
assigned to N.Y.P.D. Psychological Unit also
refused to accomodate plaintiff after
learning that plaintiff was suing the
N.Y.P.D. Plaintiff was then advised to
see a psychotherapist and a psychiatrist
where she was then diagnosed with Post
traumatic Stress disorder, Acute stress
disorder, Panic Disorder major Depression
and a sleeping disorder (Sleep Apnea)
All of the Defendants refused to provide
Plaintiff with Reasonable Accomodations
under the American Disability Act.
Defendants also engaged in unlawful
behavior toward plaintiff like retaliation
because plaintiff exercised her right
to sue. This Unlawfull behavior by
Defendants caused Plaintiff to be denied
of: ORDINARY Dissability - Accidental Dissability
lost Employment wages and Medical Insurance, due
to retaliatory Suspensions without pay
and ultimately dismissal from the

No. 15 by November 25th of 2010. Including a cancelation of a Medical Board Meeting Scheduled for October 13 of 2010. These Actions left Plaintiff with out any means of obtaining Medical Attention and financially providing for herself and her family which is a violation of the General Municipal law Section 205-e and General Obligations Law Section 11-106 and other laws which obligate the City of New York provide and cover all medical expenses for injury sustained in the Line of duty. Plaintiff is also considered disabled as per Social Security Dissability Guidlines and was awarded Dissability Payments which where due to this accident and dated as of November 20th 2010.

Plantiff alleges that Defendant engaged in a Pattern of Discriminatory conduct. Plaintiff alleges the following.

(1) Defendant was aware that Plaintiff Deyanira Gomez suffered from both Physical and Mental (Psychological) conditions protected under the American Dissability Act.

pg 05 of 08

(2) Denfendents engaged in Discriminatory & Retaliatory behavior in violation of the American Dissability Act. After learning that Plaintiff excersised her Right to sue the N.Y.P.D. The Department of Corrections and Tamco Mechanical. Rights which are protected by New York G.M.U. Law 205e. New York Code Section 205-E Right of Action to Certain injured or representatives of Certain Police Officers. Defendants engaged in unlawful Retaliatory Patters and Actions by violating Plaintiffs Federal HippA Privacy Rules for the protection of Health and Mental information, by Disclosing Plaintiff Private health conditions and records to other Members of the N.Y.P.D. and the public without Plaintiffs consent and by threatning to terminates members employment, Illegally coercing plaintiff to sign Medical Release of Information. Forcing Defendent to Attend an Outpacient Alcohol treatment Center-Bridge back for life for the duration of one year of Plaintiffs employment with the N.Y.P.D. by providing Misleading and false information to Members of the N.Y.P.D. and the public. Defendants also

entertainment information for Plaintiff N.Y.P.D. Medical records and information given to the public to punish Plaintiff for asking for Medical Accomodation and Sueing the N.Y.P.D. causing Plaintiffs - Post traumatic Stress disorder, Major Depression and Injuries to worsen by Routinely suspending Plaintiff or threatning to suspend plaintiff if she reported sick or refused to do Ordered Overtime. On September of 2010 Defendants under false pretenses Unlawfully detained and sorrounded Plaintiffs Home for six hours attempting to Unlawfully and forcefully committ Plaintiff to a metal facility against her will. Defendants closed traffic surrounding her residence and called in a swat Team of Emergency Service Unit personnell in Riot Gear and threatned to break down plaintiffs door to further intimidate plaintiff placing Plaintiff and her family in fear for their Safety. Defendants Harrassed Plaintiffs Neighbors and family by banging on their doors in the middle of the night, removing mail from Plantiffs mail box and calls via telephone

Page 07 of 08

with the further intimidate and place plaintiff in fear of her life and livelyhood. Defendants engaged in discriminatory behavior by ignoring the Plaintiffs Medical advice from her treating physicians to further worsen her injuries and failed to accomodate plaintiff medically in violation of the American dissability Act.

Plaintiff would like to plead for the court to punish Defendants so that other police officer will not have to suffer this kind of Discrimination while being sich and Defenseless. Plaintiff would also like to plead for the courts to order Defendants to pay for all past and future Medical expenses of that resulted from this work related accident. Conpensation for lost wages and Accidental Dissability Retirement.

B.    The Equal Employment Opportunity Commission *(check one)*:

_____    has not issued a Notice of Right to Sue letter.

___X___    issued a Notice of Right to Sue letter, which I received on **02/20/15** *(Date)*.

**Note:** *Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.    Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____    60 days or more have elapsed.

_____    less than 60 days have elapsed.

## IV.    Relief:

**WHEREFORE,** plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows:  lost Wages, Past and future, lose of Pension Medical Expenses, Mental anguish, Punitive Damages default in breach of employment contract. Exemplarary Damages.
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15 day of May , 2015

Signature of Plaintiff _____

Address    16A John Street
           Staten Island, N.Y. 10302

Telephone Number   Private

Fax Number *(if you have one)* _____

MIRIAM MUNOZ
Notary Public - State of New York
NO. 01MU6227054
Qualified in Richmond County
My Commission Expires



**COMMISSION ON HUMAN RIGHTS**
100 Gold Street, 4th Floor, Suite 4600, New York, NY 10038
Mailing Address: P.O. Box 2023, New York, NY 10272
Dial 311  www.nyc.gov/cchr

Carmelyn P. Malalis
*Commissioner and Chair*

February 5, 2015

Rudolph A. Pyatt, Esq.
Deputy General Counsel
Law Enforcement Bureau
NYC Commission on Human Rights
100 Gold Street, 4th Floor, Suite 4600
New York, New York 10038

Deyanira Gomez
164 John Street
Staten Island, New York 10302

NYC Police Department Legal Bureau
One Police Plaza, Room 1406
New York, New York 10038
Attn: Eileen Flaherty, Agency Attorney

Re:    Deyanira Gomez v. NYC Police Department,et al.
       Complaint#: M-E-D-11-1024738-D/Federal No.:16F-2011-00187C/GC#:15-10020N

To all parties:

      An appeal of the Commission's Determination and Order in the above-captioned action is pending. The parties are invited, although not required, to submit written comments relating to the appeal. If you choose to submit comments, you must send them to the New York City Commission on Human Rights, Determination Appeals, P.O. Box 2023, New York, New York 10272, Attn: Patricia L. Gatling, Commissioner/Chair. The Commissioner/Chair will conduct a full review of the file whether or not comments are submitted.

      Requests for an extension of time to submit comments, and any other questions, must be in writing and should be directed to the Commissioner/Chair at the address indicated above. Please note that requests for an extension will not be granted unless good cause is shown. **In addition, all correspondence with the Commissioner/Chair, including comments and requests for extensions, must also be sent to the other parties listed above.**

      Complainant's comments (if any in addition to the appeal letter) are due on or before February 26, 2015, Respondent's comments (if any) are due on or before March 19, 2015; and the Law Enforcement Bureau's comments (if any) are due on or before April 8, 2015.

                                              Sincerely,

                                              Brenda Merritt, Office of Docketing

    cc:    Office of the General Counsel
           Equal Employment Opportunity Commission

*7*

**Protecting and Promoting Human Rights Since 1955**

EEOC Form 161 (11/09)    **U.S. E**QUAL **E**MPLOYMENT **O**PPORTUNITY **C**OMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:   **Deyanira Gomez**<br>**164 John Street**<br>**Staten Island, NY 10302** | From:   **New York District Office**<br>**33 Whitehall Street**<br>**5th Floor**<br>**New York, NY 10004** |

| | | |
|---|---|---|
| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | |
| EEOC Charge No. | EEOC Representative | Telephone No. |
| 16F-2011-00187 | **Holly M. Woodyard,**<br>**State & Local Program Manager** | **(212) 336-3643** |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☒   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

| | | |
|---|---|---|
| | On behalf of the Commission | |
| Enclosures(s) | *[signature]*<br>**Kevin J. Berry,**<br>**District Director** | February 18, 2015<br>*(Date Mailed)* |

cc:

**Eileen Flaherty, Esq.**
**NYC POLICE DEPARTMENT, Legal Bureau**
**1 Police Plaza, Room 1406**
**New York, NY 10038**

# FACTS ABOUT FILING
# AN EMPLOYMENT DISCRIMINATION SUIT
# IN FEDERAL COURT IN NEW YORK STATE

You have received a document which is the final determination or other final action of the Commission. This ends our handling of your charge. The Commission's action is effective upon receipt. Now, you must decide whether you want to file a private lawsuit in court. This fact sheet answers several commonly asked questions about filing a lawsuit.

## WHERE SHOULD I FILE MY LAWSUIT?

Federal District Courts have strict rules concerning where you may file a suit. You may file a lawsuit against the respondent (employer, union, or employment agency) named in your charge. The appropriate court is the district court which covers either the county where the respondent is located or the county where the alleged act of discrimination occurred. However you should contact the court directly if you have questions where to file your lawsuit. New York State has four federal districts:

- The United States District Court for the Southern District of New York is located at 500 Pearl Street in Manhattan. It covers the counties of Bronx, Dutchess, New York (Manhattan), Orange, Putnam, Rockland, Sullivan, and Westchester. (212) 805-0136 http://www.nysd.uscourts.gov

- The United States District Court for the Eastern District of New York is located at 225 Cadman Plaza in Brooklyn and covers the counties of Kings (Brooklyn), Nassau, Queens, Richmond (Staten Island), and Suffolk. (718) 613-2600 http://www.nyed.uscourts.gov

- The United States District Court for the Western District of New York is located at 68 Court Street in Buffalo. It covers the counties of Allegheny, Cattaraugus, Chautauqua, Chemung, Erie, Genesee, Livingston, Monroe, Niagara, Ontario, Orleans, Schuyler, Seneca, Steuben, Wayne, Wyoming, and Yates. (716) 551-4211 http://www.nywd.uscourts.gov

- The United States District Court for the Northern District of New York is located at 100 South Clinton Street in Syracuse and covers the counties of Albany, Broome, Cayuga, Chanango, Clinton, Columbia, Cortland, Delaware, Essex, Franklin, Fulton, Greene, Hamilton, Herkimer, Jefferson, Lewis, Madison, Montgomery, Oneida, Onandaga, Oswego, Ostego, Rensselaer, St. Lawrence, Saratoga, Schenectady, Schoharie, Tioga, Tompkins, Ulster, Warren, and Washington. This District Court's *Pro Se* Attorney has offices at 10 Broad Street in Utica New York. (315) 234-8500 http://www.nynd.uscourts.gov

## WHEN MUST I FILE MY LAWSUIT?

Your private lawsuit must be filed in U.S. District Court within **90 days** of the date you receive the enclosed EEOC Notice of Right To Sue. Otherwise, you will have lost your right to sue.

(Over)

CITY OF NEW YORK
COMMISSION ON HUMAN RIGHTS

Complaint No:
M-E-D-11-1024738-D

In The Matter of the Complaint of:

DEYANIRA GOMEZ,

                                Complainant,

          - against –

NEW YORK CITY POLICE DEPARTMENT,
PETER GALVIN, ERIC GAUEN,
DOMINIC VALENTI, and "FNU" SPANO,

                       Respondents.

Verified Complaint

Federal Charge No.:
16F-2011-00187

Deyanira Gomez, complaining of Respondents, alleges as follows:

1. Complainant Deyanira Gomez ("Complainant") is disabled due to multiple conditions, including, but not limited to, stress disorder, anxiety, depression, and back, shoulder, and nerve damage injuries, such as fibromyalgia.  Her address is 164 John Street, Staten Island, NY 10302.

2. Respondent New York City Police Department ("NYPD"), is an employer as defined by Section 8-102 of the Administrative Code of the City of New York, and employs 15 or more employees.  Its address is c/o Office of General Counsel/Legal Matters, 1 Police Plaza, New York, NY 10038.

3. Respondent Peter Galvin is employed by Respondent NYPD as a doctor in the Medical Division.  His address is c/o Office of General Counsel/Legal Matters, 1 Police Plaza, New York, NY 10038.

4. Respondent Eric Gauen is employed by Respondent NYPD as a psychologist in the Psychological Evaluation Section.  His address is c/o Office of General Counsel/Legal Matter, 1 Police Plaza, New York, NY 10038.

5. Respondent Dominic Valenti is employed by Respondent NYPD as a lieutenant. His address is c/o Office of General Counsel/Legal Matters, 1 Police Plaza, New York, NY 10038.

6. Respondent "FNU" Spano is employed by Respondent NYPD as a lieutenant. His address is c/o Office of General Counsel/Legal Matters, 1 Police Plaza, New York, NY 10038.

7. From on or about February 28, 1994, to on or about November 22, 2010, Respondent NYPD employed Complainant as a police officer.

8. In or around September 2008, Respondent NYPD's Medical Division placed Complainant on restricted duty status because of her disabilities.

9. In or around March 2009, Respondent NYPD assigned Complainant to continue her restricted duty status at Respondent NYPD's Brooklyn Court Section.

10. In or around June 2009, Complainant asked Respondent NYPD's Medical Division and Psychological Evaluation Section for a transfer to another precinct, so that she would not have to work overtime, which she was frequently performing at the Brooklyn Court Section, contrary to her doctors' recommendations.

11. Respondents Galvin and Gauen informed Complainant that they could not help Complainant get another command and that they would not tell her current command not to assign her overtime. Respondent NYPD continued to assign Complainant to the Brooklyn Court Section. Thereafter, Complainant continued to work overtime approximately four times a month.

12. In or around May 2010, Complainant submitted medical documentation to her supervisors and to Respondent NYPD's Medical Division. On medical documentation, dated May 25, 2010, Complainant's doctor reported that she was diagnosed with fibromyalgia and that she was limited to working eight hours a day.

13. In or around June 2010, Complainant spoke with Respondents Galvin and Valenti, regarding her request for an accommodation for her disability. They informed her that Respondent NYPD would not accommodate her.

14. In or around June 2010, Respondent Spano, Complainant's supervisor, informed Complainant that she would be suspended if she would not perform the overtime to which she was assigned.

15. On or about July 29, 2010, Complainant applied for a second time for transfer to another command due to Respondents' repeated failure to accommodate her disability.

16. Thereafter, despite her transfer request, Respondent NYPD continued to assign Complainant to the Brooklyn Court Section and to assign her overtime.

17. On or about November 22, 2010, Respondent NYPD terminated Complainant's employment.

18. Complainant charges that Respondents discriminated against her by denying her equal terms and conditions of employment because of her disabilities, by failing to engage in an interactive process to reasonably accommodate her disabilities, and by denying her an accommodation for her disabilities, in violation of Sections 8-107(1)(a) and 8-107(15) of the Administrative Code of the City of New York, and have damaged her thereby.

19. Complainant also charges that Respondents violated Title I of the Americans with Disabilities Act, 42 USC 12101 et seq., ("ADA"), on the basis of her disabilities, and hereby authorizes the New York City Commission on Human Rights to accept this Verified Complaint on behalf of the Equal Employment Opportunity Commission, subject to the statutory limitations contained in the ADA.

Deyanira Gomez, being duly sworn, deposes and says: that I am the complainant herein; I have read (or had read to me) the foregoing complaint and know the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believe the same to be true.

_____
(Signature of Complainant)


Subscribed and sworn to me before this

14 day of June_____, 2011.

_____
(Signature of Notary Public)

MIRIAM MUNOZ
Notary Public - State of New York
NO. 01MU6227054
Qualified in Richmond County
My Commission Expires 8/23/2014