her opposition to proposed legislation that would require the commission to immediately organize and conduct investigations into housing and employment

discrimination and to provide more information about its operations to the public. She said she needs more time to assess the agency.

"The reality is that I've only been there for two weeks," Ms. Malalis said repeatedly, explaining why she could not say how much money or how many employees the agency needs or pinpoint how much time it will take to hammer out her strategic plan.

ADVERTISEMENT



Embrace New York!
Experience the
TCS NYC Marathon.

Take the quiz

TATA
CONSULTANCY
SERVICES

TCS
NEW YORK CITY
MARATHON

City Councilman Brad Lander, a Democrat from Brooklyn, said the city simply could not wait any longer to take legislative action.

"If it were just about you, we could definitely be patient," Mr. Lander said. "But we, and I really mean we, have let this agency deteriorate long past the point of patience."

Ms. Malalis said she was keenly aware of the urgency. At Outten & Golden, she often represented clients who faced discrimination at work because of their sexual orientation, family status or disabilities.

But the new commissioner, who lives in Park Slope, Brooklyn, also has a personal stake in the fight.

Ms. Malalis, the daughter of Filipino immigrants, is married to a woman from Ethiopia and has two biracial daughters. Their photographs sit on her new desk, a private, daily reminder of why the battle to combat discrimination and intolerance

in New York City is so important.

———

Email: swarns@nytimes.com Twitter: @rachelswarns

Rachel Swarns would like to hear about your experiences in New York's work world. Please contact her directly by filling out **this brief form**. She may follow up with you directly for an interview.

**Most Popular on NYTimes.com**

Fred Thompson, Former Senator, Actor and Presidential Candidate, Dies at 73



OPINION
Why Women Compete With Each Other



OP-ED COLUMNIST
Gotcha, G.O.P.



Russian Media Take Climate Cue From Skeptical Putin

OP-ED COLUMNIST
## Fall of the House of Bush



   Crash in



BEWARE THE FINE PRINT | PART II
## In Arbitration, a 'Privatization of the Justice System'



OP-ED COLUMNIST
## Partisan Growth Gaps



ROYALS 7, METS 2 (12 INNINGS)
## Royals Rally Past Mets for First World Series Title Since 1985



^ Back to top

From: **Clifford Mulqueen** CMulqueen@cchr.nyc.gov
Subject: RE: City of New York - Correspondence #1-1-1028535815 Message to Agency Head, CCHR - Facility Complaint
Date: November 5, 2014 at 10:46 AM
To: ███████████████
Cc: Raymond Wayne rwayne@cchr.nyc.gov

Ms. Gomez:

Mr. Wayne, the attorney handling this matter for the Commission will be in touch with you shortly regarding the need for your permission to speak to your doctor. I know your case has been pending for a while, but it is rather complicated and we have to assess the opinions of the experts on both sides. Please treat Mr. Wayne's request with urgency so as to not delay the matter further.

Thank you.

Clifford Mulqueen
Deputy Commissioner/General Counsel
New York City Commission on Human Rights
100 Gold Street: 4th Floor: Suite 4600
New York, New York 10038
(212) 416-0123

Mailing Address:

P.O. Box 2023
New York, New York 10272

-----Original Message-----
From: outgoingagency@customerservice.nyc.gov
[mailto:outgoingagency@customerservice.nyc.gov]
Sent: Wednesday, October 29, 2014 9:15 AM
To: Basha, Nimer (CCHR); Mulqueen, Clifford (CCHR)
Subject: City of New York - Correspondence #1-1-1028535815 Message to Agency Head, CCHR - Facility Complaint

Your City of New York - CRM Correspondence Number is 1-1-1028535815

DATE RECEIVED: 10/29/2014 09:14:23

DATE DUE: 11/12/2014 09:15:17

SOURCE: eSRM

RELATED SR# OR CASE#: N/A

EMPLOYEE NAME OR ID#: N/A

DATE/TIME OF INCIDENT:

LANGUAGE NEED:

The e-mail message below was submitted to the City of New York via NYC.gov or the 311 Call Center. It is forwarded to your agency by the 311 Customer Service Center. In accordance with the Citywide Customer Service standard, your response is due in 14 calendar days.

***********

If this message is to a Commissioner / Agency Head and needs to be re-routed to another agency or cc to another agency, forward the email to outgoingagency@customerservice.nyc.gov. Do not make any changes to the subject line. Include any comments and it will be processed by the 311 Customer Service Center.

All other web forms are to be handled by the receiving agency.

*************

-----Original Message-----

From:  PortalAdmin@doitt.nyc.gov
Sent:  10/29/2014 09:13:35
To:  <sbladmp@customerservice.nyc.gov>
Subject:  < No Subject >

Subject: Message to Commissioner, CCHR

Below is the result of your feedback form.  It was submitted by Deyanira Gomez
(Jenexe@aol.com) on Wednesday, October 29, 2014 at 09:13:35
---------------------------------------------------------------------------


This form resides at
http://www.nyc.gov/html/mail/html/mailchr.html


---------------------------------------------------------------------------


Message Type:          Complaint

Topic:               Facility Complaint

these inccidents I am on Social Security disability. I also dont feel that my
investigators assistant is properly helping him conduct a thorough investigation
and he is disabled as well.I would like to personally request a meeting with you.

--------------------------------------------------------------------------------

REMOTE_HOST: 100.33.93.239
HTTP_ADDR: 100.33.93.239
HTTP_USER_AGENT: Mozilla/5.0 (Linux; Android 4.0.4; BNTV600 Build/IMM76L)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/38.0.2125.102 Safari/537.36

*****************************************************************************

# Exhibit : C

----------------------------------------

# Containing:

----------------------------------------

(1) MRI Compared to Original.

(2) M.R. - Comprehensive Rept's

**STAND-UP MRI OF STATEN ISLAND, P.C.**
2090 Hylan Boulevard • Staten Island, New York 10306
Phone: 718.351.0616 • Fax: 718.351.2417

**DEYANIRA GOMEZ SI080667**

**Report Date:** October 14, 2009
PAGE 2 OF 2

**IMPRESSION:**   POSTERIOR ANNULAR DISC BULGE WITH VENTRAL CORD ABUTMENT
WHICH HAS INCREASED IN SIZE SINCE THE PRIOR STUDY AT C4/5.
POSTERIOR ANNULAR DISC BULGES WITHOUT INTERVAL CHANGE AT
C2/3, C3/4, AND C5/6.
POSTERIOR SUBLIGAMENTOUS DISC BULGES WITHOUT INTERVAL
CHANGE AT C6/7 AND C7/T1.
STRAIGHTENING OF THE NORMAL CERVICAL LORDOSIS.

Thank you for your kind referral.

Sincerely,

Ronald Wagner MD

Ronald Wagner, MD
Board Certified Member of the American Board of Radiology
RW/W/hl

STANDBY MRI OF STATEN ISLAND, P.C.
2090 ... ~ian Boulevard • Staten Island, New York 103...
Phone: 718.351.0616 • Fax: 718.351.2417

DEYANIRA GOMEZ SI080667                    Report Date: October 22, 2009
DOB:  6/17/72                              Page 1 of 2
Exam Date:  10/20/09

GEORGE DIGIACINTO, MD
425 W. 59TH STREET, SUITE 4E
NEW YORK, NY  10019

### MAGNETIC RESONANCE IMAGING SCAN OF THE LUMBAR SPINE

**TECHNIQUE:**  NEUTRAL/SITTING: Sagittal T1, Sagittal T2, Axial T1, Axial T2

**INTERPRETATION:**   Correlation is made with study of 5/14/08.

Scoliotic lumbar curvature is again noted.

At T10/11, there is anterior disc extension and anterior spurring.
Posterior disc bulge is also seen at this level.  This is not felt
significantly altered from prior exam.

At L1/2, there is no evidence of an abnormal mass or altered signal seen
extending into the neural canal, recesses or foramina.

At L2/3, there is no evidence of an abnormal mass or altered signal seen
extending into the neural canal, recesses or foramina.

At L3/4, there is no evidence of an abnormal mass or altered signal seen
extending into the neural canal, recesses or foramina.

L4/5 level demonstrates posterior eccentric right sided disc herniation
extending to the narrow the right foramen.  Room for neural outlet appears
to remain. It appears to have advanced when correlated with prior exam.

L5/S1 posterior subligamentous disc bulge is seen.

Trace amount of fat is again noted in the superior filum terminale as a
variant. This is unaltered from previously.

No focal prevertebral or posterior paraspinal abnormal masses or altered
signals are otherwise noted.

**STAND UP MRI OF STATEN ISLAND**

2090 ...ylan Boulevard • Staten Island, New York 103...

Phone: 718.351.0616 • Fax: 718.351.2417

DEYANIRA GOMEZ SI080667                    **Report Date:** October 22, 2009
**DOB:** 6/17/72                            **Page 1 of 2**
**Exam Date:** 10/20/09

GEORGE DIGIACINTO, MD
425 W. 59TH STREET, SUITE 4E
NEW YORK, NY  10019

**MAGNETIC RESONANCE IMAGING SCAN OF THE LUMBAR SPINE**

**TECHNIQUE:**  NEUTRAL/SITTING: Sagittal T1, Sagittal T2, Axial T1, Axial T2

**INTERPRETATION:**  Correlation is made with study of 5/14/08.

Scoliotic lumbar curvature is again noted.

At T10/11, there is anterior disc extension and anterior spurring.
Posterior disc bulge is also seen at this level.  This is not felt
significantly altered from prior exam.

At L1/2, there is no evidence of an abnormal mass or altered signal seen
extending into the neural canal, recesses or foramina.

At L2/3, there is no evidence of an abnormal mass or altered signal seen
extending into the neural canal, recesses or foramina.

At L3/4, there is no evidence of an abnormal mass or altered signal seen
extending into the neural canal, recesses or foramina.

L4/5 level demonstrates posterior eccentric right sided disc herniation
extending to the narrow the right foramen.  Room for neural outlet appears
to remain.  It appears to have advanced when correlated with prior exam.

L5/S1 posterior subligamentous disc bulge is seen.

Trace amount of fat is again noted in the superior filum terminale as a
variant. This is unaltered from previously.

No focal prevertebral or posterior paraspinal abnormal masses or altered
signals are otherwise noted.