**STAND UP MRI OF STATEN ISLAND, P.C.**
2020 Hylan Boulevard • Staten Island, New York 10306
Phone: 718.351.0616 • Fax: 718.351.2417

DEYANIRA GOMEZ SI080667

Report Date: October 22, 2009
Page 2 of 2

IMPRESSION: CORRELATION MADE WITH STUDY OF 5/14/08.
SCOLIOTIC LUMBAR CURVATURE AGAIN NOTED.
T10/11 ANTERIOR DISC EXTENSION AND ANTERIOR SPURRING. WITH POSTERIOR DISC BULGE, NOT FELT SIGNIFICANTLY ALTERED FROM PRIOR EXAM.
L4/5 POSTERIOR ECCENTRIC RIGHT SIDED DISC HERNIATION EXTENDING TO THE NARROW THE RIGHT FORAMEN. ROOM FOR NEURAL OUTLET APPEARS TO REMAIN. IT APPEARS TO HAVE ADVANCED WHEN CORRELATED WITH PRIOR EXAM.
L5/S1 POSTERIOR SUBLIGAMENTOUS DISC BULGE.
TRACE AMOUNT OF FAT AGAIN NOTED IN THE SUPERIOR FILUM TERMINALE AS A VARIANT, UNALTERED FROM PREVIOUSLY.

Thank you for referring your patient to us for evaluation.

Sincerely,

Robert Diamond, M.D.
Diplomate of the American Board of Radiology
RD/D/aw

**STAND UP MRI OF STATEN ISLAND, P.C.**
2090 Hylan Boulevard • Staten Island, New York 10306
Phone: 718.351.0616 • Fax: 718.351.2417

DEYANIRA GOMEZ SI080667

Report Date: October 22, 2009
Page 2 of 2

IMPRESSION: CORRELATION MADE WITH STUDY OF 5/14/08.
SCOLIOTIC LUMBAR CURVATURE AGAIN NOTED.
T10/11 ANTERIOR DISC EXTENSION AND ANTERIOR SPURRING. WITH POSTERIOR DISC BULGE, NOT FELT SIGNIFICANTLY ALTERED FROM PRIOR EXAM.
L4/5 POSTERIOR ECCENTRIC RIGHT SIDED DISC HERNIATION EXTENDING TO THE NARROW THE RIGHT FORAMEN. ROOM FOR NEURAL OUTLET APPEARS TO REMAIN. IT APPEARS TO HAVE ADVANCED WHEN CORRELATED WITH PRIOR EXAM.
L5/S1 POSTERIOR SUBLIGAMENTOUS DISC BULGE.
TRACE AMOUNT OF FAT AGAIN NOTED IN THE SUPERIOR FILUM TERMINALE AS A VARIANT, UNALTERED FROM PREVIOUSLY.

Thank you for referring your patient to us for evaluation.

Sincerely,

*[signature]*

Robert Diamond, M.D.
Diplomate of the American Board of Radiology
RD/D/aw

# Integrated Neurological Associates, PLLC

9201 Fourth Avenue □ Brooklyn, NY 11209
718-748-5300

---

Date of Consultation: 08/18/09
Patient: Deyanira Gomez
DOA: 04/03/08

## NEUROLOGY COMPREHENSIVE FOLLOW UP EVALUATION REPORT

Comprehensive Neurological evaluation & examination were performed on the above-referenced patient at the Brooklyn office on 08/18/09.

## HISTORY OF PRESENT ILLNESS:

The patient is a 37-year-old right-handed woman, status post work-related injury on 04/03/08.

She cannot take the Valium due to outpatient ETOH program that she was forced to join. The patient is currently working - clerical work. She is treating with a psychotherapist for depression/anxiety. She has an appointment with a psychiatrist on 09/10/09.

She is status post right shoulder arthroscopic surgery on 06/60/08. The patient is currently not treating with physical therapy; she treated in the past which she reports was helpful in managing her pain.

She is taking Cymbalta 60 mg QD for post traumatic fibromyalgia.

As a result of her work-related injury on 04/03/08 the patient continues to complain of occipital headaches associated with neck pain, neck pain radiating pain into the shoulders with paresthesias in both hands, bilateral shoulder pain, middle/lower back pain radiating into buttocks with intermittent paresthesias in the feet, paresthesias in her hands and episodes of dropping things.

**Allergies:** No known drug allergies.

**Medications:** Cymbalta 60 mg QD prn for post traumatic fibromyalgia and Celebrex 200 mg BID prn.

## NEUROLOGICAL & MECHANICAL EXAMINATION

**General:** The patient is in discomfort.
**Motor:** 5/5 muscle strength in all extremities.
**Coordination & Gait:** No dysmetria. Normal gait; some difficulty toe walking.
**Sensory:** Light touch, pinprick, temperature grossly intact in all extremities.
**Reflexes:** Deep tendon reflexes are 2+ in all extremities. Plantar responses are normal.

# Integrated Neurological Associates, PLLC

Deyanira Gomez
08/18/09
-2-

## NEUROLOGY COMPREHENSIVE FOLLOW UP EVALUATION REPORT

### ASSESSMENT:
37-year-old woman who as a result of work-related injury on 04/03/08 sustained the following trauma:

1. Post traumatic fibromyalgia pain syndrome.
2. Posttraumatic cervicogenic headache syndrome/posttraumatic migraine headaches.
3. Cervical strain and myofasciitis with electrodiagnostic evidence of a right C5-C6 radiculopathy, and C2-C3 through C5-C6 posterior disc bulges indenting the ventral thecal sac and C6-C7 and C7-T1 levels posterior disc bulges with indentation of the ventral thecal sac.
4. Right shoulder strain/sprain with internal derangement – status post surgery.
5. Thoracic/lumbosacral strain/myofasciitis with T10/11 posterior disc bulges encroaching on the ventral aspect of the thecal sac and lateral recesses.
6. Post traumatic anxiety disorder.

### PLAN:

1. Continue Cymbalta 60 mg QD prn for post traumatic fibromyalgia pain syndrome (and anxiety).
2. Continue Celebrex 200 mg BID prn.
3. Request authorization to continue physical therapy treatment 2x/week X 8 weeks.
4. Psychiatry evaluation scheduled
5. Continue psychotherapy.
6. Neurology follow up.

**PROGNOSIS:** Prognosis is guarded; according to WC medical guidelines the patient has a marked partial disability; regarding work as a police officer she is currently totally disabled - recommend no lifting, bending, prolonged sitting or standing; recommend avoiding any stressful situations.

Sincerely yours,


David N. Lifschutz, M.D.
Neurology

**GEORGE V. DiGIACINTO, M.D.**
NEUROLOGICAL SURGERY
425 West 59th Street
Suite 4E
New York, N.Y. 10019
Phone: (212) 523-8500
Fax: (212) 523-8505

September 15, 2009

Police Department City of New York Medical Division
Dr. Robert Thomas Clinic
96-05 Horace Harding Expressway
Corona, NY 11368

RE: PATROL OFFICER DEYANIRA GOMEZ

Gentlemen:

I saw Deyanira Gomez in my office today. This 37-year-old New York City police officer is currently on restricted duty. On March 3, 2008, she was transporting a prisoner when a heavy gate fell down knocking her down. It did not land on her head, but she supported it with her shoulder. She then injured her shoulders, her right elbow, her neck, and the lower back. She has had right rotator cuff surgery. She has had an EMG and nerve conduction study which shows abnormalities at C4-C5 and C5-C6. She has had cervical and lumbar MRI scans. The lumbar study report is fairly benign. The cervical study shows disc abnormalities at C2-C3 through C5-C6 without any neural foraminal encroachment.

The patient complains of constant neck and lower back pain. She has been treated with Cymbalta, which she is stopping. She just started on Neurontin. She has had physiotherapy which has been stopped. The official report of the EMGs indicates right C5-C6 radiculopathy.

The patient complains of pain in both shoulders and radiating down her right arm greater than her left to her hand. She has lower back pain, right greater than left, but her left leg feels numb when she ambulates. She hears a cracking in her neck and in her lower back. She has limited range of motion. She notes that at home she cannot do activities of daily living, even sleeping increases her neck and back pain.

She was placed in a rehab program and gotten off all pain medications. She has never been treated by pain management.

Examination reveals this overweight woman in no obvious distress. She has limited range of motion in both her neck and lower back with moderate paraspinous spasm in her neck musculature and her lower back musculature. Straight leg raising causes lower back pain and right lower extremity pain. Deep tendon reflexes are 1+ and symmetrical. Toes are downgoing. There is no gross motor weakness. She has decreased sensation in the C5 and C6 dermatome on the right as well as the L5 dermatome on the right.

SEP-30-2009  22:28                                                                                           P.02/02

GOMEZ, DEYANIRA                      -2-                           September 15, 2009

I will be reviewing the patient's MRI scans within a day or two when they are made available to me. I suggest that <u>she be evaluated and treated by pain management</u> for consideration of cervical and lumbar epidural steroids. Impossible at this point to contemplate any surgical intervention, I do think, however, that we should obtain updated MRI scans of her cervical and lumbar spine. I therefore request that we be given authorization for cervical and lumbar MRI scans.

Based on her current subjective symptoms, she should stay on light duty and may not return to full duty as a New York City police officer.

Sincerely yours,

*[signature]*

George V. DiGiacinto, M.D.
Director, Department of Neurosurgery
St. Luke's-Roosevelt Hospital Center

GVD/gisl/adi/tjk/0917/GVD70568

# Exhibit : D

---

# Containing:

---

① Numerous Treating Physician Summary Rpt's N.Y.P.D. form given to M.D. Galvin (Deft).
② Some Overtime Slips
③ Bridge Back to life Notes

01/23/2009 14:30   17182854   DGOMEZ   PAGE 02



POLICE DEPARTMENT
MEDICAL DIVISION
STATEN ISLAND HEALTHCARE FACILITY
2320 HYLAN BLVD                 718-667-2287
STATEN ISLAND, NY 10306         FAX 718-667-2255

Date 5/29/09

Dear Doctor,

P.O Gomez, Daymiry is presently under your care. I would appreciate it if you would provide me with the following information.

Brian Mignola, M.D.
Police Surgeon

## TREATING PHYSICIANS SUMMARY REPORT

DIAGNOSIS: 722.0 Displacement Disc Cervical 719.91 Pain Shoulder 722.10 Displacement Disc Lumbar 718.88 Derangement

TREATMENT PLAN: Cont. Outlier Care, Plan to have patient see spine specialist for surgical consult C/B.

PROGNOSIS FOR RETURN TO FULL DUTY: Guarded, Pt Totally Disabled Unable to Work

CAN PATIENT RETURN TO LIMITED DUTY: (DESK DUTY-INDOORS?) NO Pt has severe Displacement Disc of Cervical Spine

PATIENT'S LIMITATIONS: c Radiculopathy and is unable to work. Pt needs spine surgery consult

PHYSICIAN'S SIGNATURE: _____  DATE: 5/29/09

NAME PRINTED: Daniel W. Wilen MD



**POLICE DEPARTMENT**
**NEW YORK CITY POLICE DEPARTMENT**
MEDICAL DIVISION
DR. ROBERT THOMAS CLINIC
96-05 HORACE HARDING EXPRESSWAY   MD#8 (718) 595-8972
CORONA, N.Y. 11368                              FAX (718) 393-1516

Date: 6/9/09

Dear Doctor,

P.O. Gonoz Dayanira is presently under your care. I would appreciate it if you would provide me with the following information.

Peter Galvin, M.D.
Police Surgeon

## TREATING PHYSICIANS SUMMARY REPORT

**DIAGNOSIS:** Post-Traumatic Fibromyalgia pain syndrome

**TREATMENT PLAN:** Cymbalta

**PROGNOSIS FOR RETURN TO FULL DUTY:** guarded.

**CAN PATIENT RETURN TO LIMITED DUTY: (DESK WORK – INDOORS?)** No

**PATIENTS LIMITATIONS:** No work @ this time

**PHYSICIAN'S SIGNATURE:** [signature]           **DATE:** 6/9/09

**NAME PRINTED:** David Lifschutz M.D.

**ADDRESS:** 3010 Amboy Road SI NY 10306   **TELEPHONE:** 718 8893030

**MEDICAL INFORMATION RELEASE:**
I hereby authorize the release of the above requested information by affixing my signature.

P.O. [signature]
MEMBER'S SIGNATURE

COURTESY • PROFESSIONALISM • RESPECT
Website: http://nyc.gov/nypd



**POLICE DEPARTMENT**
**NEW YORK CITY POLICE DEPARTMENT**
**MEDICAL DIVISION**
**DR. ROBERT THOMAS CLINIC**
96-05 HORACE HARDING EXPRESSWAY   MD#8 (718) 595-8972
CORONA, N.Y. 11368                FAX (718) 393-1516

Date: 7/14/09

Dear Doctor,

P.O. Gomez Decania is presently under your care. I would appreciate it if you would provide me with the following information.

Try c cymbalta for Q4 weeks
need Neuro.

Peter Galvin, M.D.
Police Surgeon

**TREATING PHYSICIANS SUMMARY REPORT**

DIAGNOSIS: ① Post-traumatic fibromyalgia ② R shoulder derangement ③ Cervical & Lumbar derangement s/p surgery

TREATMENT PLAN: meds with phty

PROGNOSIS FOR RETURN TO FULL DUTY: Poor/guarded

CAN PATIENT RETURN TO LIMITED DUTY: (DESK WORK – INDOORS?) No

PATIENTS LIMITATIONS: ① walking ② lifting ③ bending ④ running

PHYSICIAN'S SIGNATURE: [signature]      DATE: 7/14/09

NAME PRINTED: Dr. David Lifschutz

ADDRESS: 3010 Amboy Rd, SI, NY 10306   TELEPHONE: 718-889-3030

**MEDICAL INFORMATION RELEASE:**
I hereby authorize the release of the above requested information by affixing my signature.

[signature]
MEMBER'S SIGNATURE

COURTESY • PROFESSIONALISM • RESPECT

**NEW YORK CITY POLICE DEPARTMENT**
**MEDICAL DIVISION**
**DR. ROBERT THOMAS CLINIC**
96-05 HORACE HARDING EXPRESSWAY   MD#8 (718) 595-8972
CORONA, N.Y. 11368                 FAX (718) 393-1516

Date: 7/14/09

Dear Doctor,

__Deyanira Gomez__ is presently under your care. I would appreciate it if you would provide me with the following information.

Peter Galvin, M.D.
Police Surgeon

## TREATING PHYSICIANS SUMMARY REPORT

**DIAGNOSIS:** 722.0 Displacement Disc Cervical, 719.41 Pain Shoulder
722.10 Displacement Disc Lumbar, 718.88 Derangement (other specified sites)

**TREATMENT PLAN:** Follow up orthopedic care, Physical Therapy 3x week 6 weeks

**PROGNOSIS FOR RETURN TO FULL DUTY:** Guarded

**CAN PATIENT RETURN TO LIMITED DUTY:** (DESK WORK – INDOORS?) No Work

**PATIENTS LIMITATIONS:** No lifting, pushing, pulling, more than 5-10 lbs.

**PHYSICIAN'S SIGNATURE:** [signature]        **DATE:** 7/14/09
**NAME PRINTED:** Daniel W. Wilen
**ADDRESS:** DANIEL W. WILEN        **TELEPHONE:** (718) 987-1880
Board Certified Orthopaedic Surgeon
101 3rd Street
Staten Island, NY 10306

**MEDICAL INFORMATION RELEASE:**
I hereby authorize the release of the above requested information by affixing my signature.

**MEMBER'S SIGNATURE**

COURTESY · PROFESSIONALISM · RESPECT
Website: http://nyc.gov/nypd