# Daniel W. Wilen M.D., P.C.
Board Certified Orthopedic Surgeon

9202 Fort Hamilton Parkway
Brooklyn, New York 11209
Tel 718-238-6518
Fax 718-836-1460

101 Third Street
Staten Island, New York 10306
Tel 718-987-1880
Fax 718-987-0054

DATE: 11/13/09

PATIENT: Deyanira Gomez

This letter is to certify that the above named patient is under my professional care and was seen in my office today.

Daniel W. Wilen, M.D.
101 3rd Street
Staten Island, NY 10306

*Daniel W. Wilen*
Daniel W. Wilen, M.D.
Board Certified Orthopedic Surgeon

Pt. sustained injuries to her neck, upper & lower back & also suffers from cervical, thoracic & lumbar spasms.

**The City of New York**

POLICE DEPARTMENT
MEDICAL DIVISION
STATEN ISLAND HEALTHCARE FACILITY
2320 HYLAN BLVD
STATEN ISLAND, NY 10306

718-667-2287
FAX 718-667-2255

Date: 11/16/09

Dear Doctor,

DEYANIRA GOMEZ is presently under your care. I would appreciate it if you would provide me with the following information.

Brian Mignola, M.D.
Police Surgeon

## TREATING PHYSICIANS SUMMARY REPORT

DIAGNOSIS: Cervical Radiculopathy.

TREATMENT PLAN: Medication, PT + Epidural Steroid Inj.

PROGNOSIS FOR RETURN TO FULL DUTY: Guarded

CAN PATIENT RETURN TO LIMITIED DUTY: (DESK DUTY-INDOORS?) No

PATIENT'S LIMITATIONS: No lifting, walking, standing & sitting

PHYSICIAN'S SIGNATURE: [signature]  DATE: 11/16/09

NAME PRINTED: Brian A. Maloney

ADDRESS: 3225 Victory Blvd, SINYC NY   PHONE: 718-980-9840

Pt requires CT of C. Spine

MEDICAL INFORMATION RELEASE:
I hereby authorize the release of the above requested information by affixing my signature.

[signature]
MEMBER'S SIGNATURE

COURTESY • PROFESSIONALISM • RESPECT



**POLICE DEPARTMENT
NEW YORK CITY POLICE DEPARTMENT
MEDICAL DIVISION
DR. ROBERT THOMAS CLINIC
96-05 HORACE HARDING EXPRESSWAY**   MD#8 (718) 595-8972
**CORONA, N.Y. 11368**                 FAX (718) 393-1516

Date: 7/28/09

Dear Doctor,

_____Deyanira Gomez_____ is presently under your care. I would appreciate it if you would provide me with the following information.

Peter Galvin, M.D.
Police Surgeon

### TREATING PHYSICIANS SUMMARY REPORT

DIAGNOSIS: Post-traumatic Fibromyalgia / B-sh shoulder derangement - s/p surg
anxiety / Cervical & Lumbar derangement

TREATMENT PLAN: Cymbalta / Valium 5mg OHS
60 mg QD

PROGNOSIS FOR RETURN TO FULL DUTY: Poor

CAN PATIENT RETURN TO LIMITED DUTY: (DESK WORK—INDOORS?) No

PATIENTS LIMITATIONS: [illegible handwriting]

PHYSICIAN'S SIGNATURE: _____  DATE: 7/28/09

NAME PRINTED: Dr. David Lifschutz

ADDRESS: 3010 Amboy Rd       TELEPHONE: 718-889-3030

**MEDICAL INFORMATION RELEASE:**
I hereby authorize the release of the above requested information by affixing my signature.

MEMBER'S SIGNATURE

COURTESY · PROFESSIONALISM · RESPECT
Website: http://nyc.gov/nypd



POLICE DEPARTMENT
MEDICAL DIVISION
STATEN ISLAND HEALTHCARE FACILITY
2320 HYLAN BLVD
STATEN ISLAND, NY 10306

718-667-2287
FAX 718-667-2255

Date: 11/16/09

Dear Doctor,

DEYANIRA GOMEZ is presently under your care. I would appreciate it if you would provide me with the following information.

Brian Mignola, M.D.
Police Surgeon

## TREATING PHYSICIANS SUMMARY REPORT

DIAGNOSIS: Cervical Radiculopathy.

TREATMENT PLAN: Medication, PT + Epidural Steroid Inj.

PROGNOSIS FOR RETURN TO FULL DUTY: Guarded

CAN PATIENT RETURN TO LIMITIED DUTY: (DESK DUTY-INDOORS?) No

PATIENT'S LIMITATIONS: No limits, walking, standing & sitting

PHYSICAN'S SIGNATURE: [signature] DATE: 11/16/09

NAME PRINTED: Brian A. Maloney

ADDRESS: 3225 Victory Blvd, Sanyeu  PHONE: 718-980-9840

Pt requires CT of C. Spine

MEDICAL INFORMATION RELEASE:
I hereby authorize the release of the above requested information by affixing my signature.

[signature]
MEMBER'S SIGNATURE

COURTESY • PROFESSIONALISM • RESPECT




**The City of New York**

POLICE DEPARTMENT
NEW YORK CITY POLICE DEPARTMENT
MEDICAL DIVISION
DR. ROBERT THOMAS CLINIC
96-05 HORACE HARDING EXPRESSWAY  MD#8 (718) 595-8972
CORONA, N.Y. 11368                FAX (718) 393-1516

Date: 04/16/10

Dear Doctor,

_Deyanira Gomez_ is presently under your care. I would appreciate it if you would provide me with the following information.

Peter Galvin, M.D.
Police Surgeon

### TREATING PHYSICIANS SUMMARY REPORT

**DIAGNOSIS:** Displacement Disc C1S L1S Derangement of (R) shoulder (R) hip (R) Elbow

**TREATMENT PLAN:** Cont Ortho Cont Meds PRN

**PROGNOSIS FOR RETURN TO FULL DUTY:** Pt Unable to Work full duty

**CAN PATIENT RETURN TO LIMITED DUTY: (DESK WORK – INDOORS?)** Light duty

**PATIENTS LIMITATIONS:** No Pushing Pulling Carrying Lifting No Standing or sitting for long periods of time

**PHYSICIAN'S SIGNATURE:** _____  **DATE:** _____

**NAME PRINTED:** Daniel W. Wilen MD

**ADDRESS:** 9202 Fort Hamilton Pkwy Bklyn NY 11209  **TELEPHONE:** 7182386518

**MEDICAL INFORMATION RELEASE:**
I hereby authorize the release of the above requested information by affixing my signature.

MEMBER'S SIGNATURE

COURTESY · PROFESSIONALISM · RESPECT
Website: http://nyc.gov/nypd



**POLICE DEPARTMENT**
**NEW YORK CITY POLICE DEPARTMENT**
**MEDICAL DIVISION**
**DR. ROBERT THOMAS CLINIC**
96-05 HORACE HARDING EXPRESSWAY   MD#8 (718) 595-8972
CORONA, N.Y. 11368                 FAX (718) 393-1516

Date: 5/25/10

Dear Doctor,

_Deyanira Gomez_ is presently under your care. I would appreciate it if you would provide me with the following information.

Peter Galvin, M.D.
Police Surgeon

### TREATING PHYSICIANS SUMMARY REPORT

**DIAGNOSIS:** f. Fibromyalgia

**TREATMENT PLAN:** f/u, tx

**PROGNOSIS FOR RETURN TO FULL DUTY:** [illegible]

**CAN PATIENT RETURN TO LIMITED DUTY: (DESK WORK – INDOORS?)** limited duty

**PATIENTS LIMITATIONS:** No more than 8 hrs/day

**PHYSICIAN'S SIGNATURE:** [signature]   **DATE:** 5/25/10
**NAME PRINTED:** David Lifschutz MD
**ADDRESS:** 3010 Amboy Rd   **TELEPHONE:** 718-889-3030

**MEDICAL INFORMATION RELEASE:**
I hereby authorize the release of the above requested information by affixing my signature.

MEMBER'S SIGNATURE

COURTESY · PROFESSIONALISM · RESPECT
Website: http://nyc.gov/nypd

**City of New York**

MEDICAL DIVISION
DR. ROBERT THOMAS CLINIC
96-05 HORACE HARDING EXPRESSWAY   MD#8 (718) 595-8972
CORONA, N.Y. 11368                FAX (718) 393-1516

Date: 10/21/10

Dear Doctor,

_Deyanira Gomez_ is presently under your care. I would appreciate it if you would provide me with the following information.

Peter Galvin, M.D.
Police Surgeon

## TREATING PHYSICIANS SUMMARY REPORT

**DIAGNOSIS:** Post Traumatic Fibromyalgia Pain Syndrome.

**TREATMENT PLAN:** Request Physical Therapy

**PROGNOSIS FOR RETURN TO FULL DUTY:** guarded

**CAN PATIENT RETURN TO LIMITED DUTY:** (DESK WORK – INDOORS?)

**PATIENTS LIMITATIONS:** Daily limit 8 hours a day.

**PHYSICIAN'S SIGNATURE:** _____   **DATE:** _____

**NAME PRINTED:** DAVID LIFSHUTZ, MD/PNIN

**ADDRESS:** 3010 Amboy Road SI NY 10306  **TELEPHONE:** 718) 889-3030

**MEDICAL INFORMATION RELEASE:**
I hereby authorize the release of the above requested information by affixing my signature.

_____
MEMBER'S SIGNATURE

COURTESY • PROFESSIONALISM • RESPECT
Website: http://nyc.gov/nypd

CASH

# OVERTIME REPORT
PD 138-064 (Rev. 11-05)
(SUBMIT THIS REPORT IMMEDIATELY)

| RANK | REFERENCE NO. | COMMAND |
|---|---|---|
| P.O. | 0367070 | B.C.B |

| SHIELD | SURNAME | FIRST | M.I. |
|---|---|---|---|
| 4654 | Gomez | Deyanira | A |

| SQD./CHT. | TOUR NUMBER |
|---|---|
|  |  |

| TIME ACTUALLY WORKED | DATE FROM | DATE TO | HRS. | MIN. |
|---|---|---|---|---|
|  | 3/21/09 | 3/21/09 |  |  |
|  | TIME 0837 | TIME 1433 | 06 | 04 |

| TIME SCHEDULED TO WORK | DATE FROM | DATE TO | HRS. | MIN. |
|---|---|---|---|---|
|  | TIME | TIME |  |  |

COMPENSATION OPTION (Check One): ☐ TIME  ☒ CASH

OVERTIME PERFORMED: 06 : 04

TRAVEL TIME (IF APPLICABLE):

CMD./LOCATION WHERE DUTY PERFORMED: 350 Jay St

INCIDENT TIME (Actual time of occurrence): 0837

REASON FOR LOST TIME: (Identify incident specifically)
120 Post Change to 350 ECAB/E-FAX

I hereby certify that this report is accurate:

| Date | Rank/Signature of Requesting Member |
|---|---|
| 3/21/09 | P.O. |

SUPERVISORY OFFICER'S CERTIFICATION
O/T EARNED: ☐ OUTSIDE DETAIL  ☐ PERMANENT COMMAND

| CHECK ONE: | TIME OF ENTRY | DATE | PAGE NO. |
|---|---|---|---|
| ☐ DETAIL COMMAND LOG |  |  |  |
| ☐ PCT. COMMAND LOG |  |  |  |

| Date | Supervisor's Name Printed | Command |
|---|---|---|
| 3/21/09 | Sgt Diaz | BC.S. |

Rank/Signature of Supervisor

INSTRUCTIONS: Submit one copy to desk officer or supervisor at time of FINAL dismissal. Form must be certified by a supervisor and returned to member for submission to permanent command.

## FOR CLERICAL USE ONLY

EMPLOYEE TIME RECORD (ETR)    INCIDENT CODE:
WEEK NO. _____

INSTRUCTIONS: Circle or write-in applicable event code(s) and record corresponding reason code and Hour/Min.

### UNIFORMED

| TYPE OF OVERTIME | PMS EVENT CODE | HH:MM | REASON CODE |
|---|---|---|---|
| OVERTIME (TIME) |  |  |  |
| PD OVERTIME (CASH) DAY RATE |  |  |  |
| PD OVERTIME (CASH) NIGHT RATE |  |  |  |
| PORTAL TO PORTAL SAME BORO (CASH) |  |  |  |
| PORTAL TO PORTAL SAME BORO (TIME) |  |  |  |
| PORTAL TO PORTAL OUTSIDE BORO (CASH) |  |  |  |
| PORTAL TO PORTAL OUTSIDE BORO (TIME) |  |  |  |

### CIVILIAN

| | | | |
|---|---|---|---|
| OVERTIME (CASH) STRAIGHT RATE (1.0) |  |  |  |
| OVERTIME (CASH) PREMIUM RATE (1.5) |  |  |  |
| HOLIDAY (TIME & CASH) |  |  |  |
| OVERTIME (TIME) PREMIUM RATE (1.5) |  |  |  |

TIMEKEEPER'S SIGNATURE        DATE

COMMANDING OFFICER'S APPROVAL    DATE

203/30   7:39 OT

CASH

# OVERTIME REPORT
PD 138-064 (Rev. 11-05)

(SUBMIT THIS REPORT IMMEDIATELY)

| RANK | REFERENCE NO. | COMMAND |
|---|---|---|
| PO | 0367070 | 023 |

| SHIELD | SURNAME | FIRST | M.I. |
|---|---|---|---|
| 8654 | Gomez | Deyanira | |

| SQD./CHT. | TOUR NUMBER |
|---|---|
| | 03 |

**TIME ACTUALLY WORKED**

| | DATE FROM | DATE TO | HRS. | MIN. |
|---|---|---|---|---|
| | 5/15/09 | 5/15/09 | | |
| TIME | 1453 | 2253 | 8 | 00 |

**TIME SCHEDULED TO WORK**

| | DATE FROM | DATE TO | HRS. | MIN. |
|---|---|---|---|---|
| TIME | | | | |

**COMPENSATION OPTION (Check One):** ☐ TIME  ☒ CASH

**OVERTIME PERFORMED:** 8 HRS. 00 MIN.

TRAVEL TIME (IF APPLICABLE): —

**CMD./LOCATION WHERE DUTY PERFORMED:** ECAB 380

**INCIDENT TIME (Actual time of occurrence):** 1453

**REASON FOR LOST TIME:** Ordered O.T.

I hereby certify that this report is accurate:

| Date | Rank/Signature of Requesting Member |
|---|---|
| 05/15/09 | P.O. [signature] |

**SUPERVISORY OFFICER'S CERTIFICATION**

O/T EARNED:  ☐ OUTSIDE DETAIL   ☐ PERMANENT COMMAND

CHECK ONE: ☐ DETAIL COMMAND LOG  ☐ PCT. COMMAND LOG

| Date | Supervisor's Name Printed | Command |
|---|---|---|
| 05/15/09 | Sgt. Brown | B.C.S. |

Rank/Signature of Supervisor

INSTRUCTIONS: Submit one copy to desk officer or supervisor at time of FINAL dismissal. Form must be certified by a supervisor and returned to member for submission to permanent command.

---

**FOR CLERICAL USE ONLY**

EMPLOYEE TIME RECORD (ETR)    INCIDENT CODE: _____

WEEK NO. _____

INSTRUCTIONS: Circle or write-in applicable event code(s) and record corresponding reason code and Hour:Min.

### UNIFORMED

| TYPE OF OVERTIME | PMS EVENT CODE | HH:MM | REASON CODE |
|---|---|---|---|
| OVERTIME (TIME) | | | |
| PD OVERTIME (CASH) DAY RATE | | | 1 |
| PD OVERTIME (CASH) NIGHT RATE | | | |
| PORTAL TO PORTAL SAME BORO (CASH) | | | |
| PORTAL TO PORTAL SAME BORO (TIME) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (CASH) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (TIME) | | | |

### CIVILIAN

| TYPE OF OVERTIME | PMS EVENT CODE | HH:MM | REASON CODE |
|---|---|---|---|
| OVERTIME (CASH) STRAIGHT RATE (1.0) | | | |
| OVERTIME (CASH) PREMIUM RATE (1.5) | | | |
| HOLIDAY (TIME & CASH) | | | |
| OVERTIME (TIME) PREMIUM RATE (1.5) | | | |

TIMEKEEPER'S SIGNATURE _____   DATE _____

COMMANDING OFFICER'S APPROVAL _____   DATE _____

CASH

## OVERTIME REPORT
FD 138-064 (Rev. 11-05)

(SUBMIT THIS REPORT IMMEDIATELY)

| RANK | REFERENCE NO. | COMMAND |
|---|---|---|
| PO | 0367070 | BCC ECAB |

| SHIELD | SURNAME | FIRST | M.I. |
|---|---|---|---|
| 8654 | GOMEZ | DOYANIRA | A |

| SQD./CHT. | TOUR NUMBER |
|---|---|
| 0 | 03 |

**TIME ACTUALLY WORKED**

| DATE FROM | DATE TO | HRS. | MIN. |
|---|---|---|---|
| 03/12/09 | 03/13/09 | | |
| TIME | TIME | | |
| 2256 | 0724 | 08 | 28 |

**TIME SCHEDULED TO WORK**

| DATE FROM | DATE TO | HRS. | MIN. |
|---|---|---|---|
| | | | |
| TIME | TIME | | |

**COMPENSATION OPTION (Check One)**
☐ TIME  ☒ CASH

**OVERTIME PERFORMED**: 08 HRS 28 MIN

**TRAVEL TIME (IF APPLICABLE)**: —

**CMD./LOCATION WHERE DUTY PERFORMED**: BCS - ECAB

**INCIDENT TIME (Actual time of occurrence)**: 2256

**REASON FOR LOST TIME** (identify incident specifically): Ordered O.T.

I hereby certify that this report is accurate:

Date: 03/13/09   Rank/Signature of Requesting Member: [signature]

**SUPERVISORY OFFICER'S CERTIFICATION**

O/T EARNED:  ☐ OUTSIDE DETAIL  ☐ PERMANENT COMMAND

DETAIL SUPERVISOR: If member returns to command, do not sign form. Record time member directed to command.
____ Hrs.

DETAIL SUPERVISOR: If member is released from outside detail, sign and record time dismissed.
____ Hrs.

| CHECK ONE | TIME OF ENTRY | DATE | PAGE NO. |
|---|---|---|---|
| ☐ DETAIL COMMAND LOG | | | |
| ☐ PCT. COMMAND LOG | | | |

| Date | Supervisor's Name Printed | Command |
|---|---|---|
| | | |

Rank/Signature of Supervisor

INSTRUCTIONS: Submit one copy to desk officer or supervisor at time of FINAL dismissal. Form must be certified by a supervisor and returned to member for submission to permanent command.

03/05/ - 823
1HR.

---

**FOR CLERICAL USE ONLY**

EMPLOYEE TIME RECORD (ETR)   INCIDENT CODE:

WEEK NO. _____

INSTRUCTIONS: Circle or write-in applicable event code(s) and record corresponding reason code and Hour:Min.

**UNIFORMED**

| TYPE OF OVERTIME | PMS EVENT CODE | HH:MM | REASON CODE |
|---|---|---|---|
| OVERTIME (TIME) | | | |
| PD OVERTIME (CASH) DAY RATE | | | |
| PD OVERTIME (CASH) NIGHT RATE | | | |
| PORTAL TO PORTAL SAME BORO (CASH) | | | |
| PORTAL TO PORTAL SAME BORO (TIME) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (CASH) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (TIME) | | | |

**CIVILIAN**

| TYPE OF OVERTIME | PMS EVENT CODE | HH:MM | REASON CODE |
|---|---|---|---|
| OVERTIME (CASH) STRAIGHT RATE (1.0) | | | |
| OVERTIME (CASH) PREMIUM RATE (1.5) | | | |
| HOLIDAY (TIME & CASH) | | | |
| OVERTIME (TIME) PREMIUM RATE (1.5) | | | |

TIMEKEEPER'S SIGNATURE        DATE

COMMANDING OFFICER'S APPROVAL   DATE

# OVERTIME REPORT
PD 138-064 (Rev. 11-05)

(SUBMIT THIS REPORT IMMEDIATELY)

| RANK | REFERENCE NO. | COMMAND |
|---|---|---|
| PO | 0367070 | BCS |

| SHIELD | SURNAME | FIRST | M.I. |
|---|---|---|---|
| 8654 | Gomez | Deyanira | |

| SQD./CHT. | TOUR NUMBER |
|---|---|
| | 03 |

**TIME ACTUALLY WORKED**

| DATE FROM | DATE TO | HRS. | MIN. |
|---|---|---|---|
| 04/03/09 | 04/03/09 | | |
| TIME 0648 | TIME 1433 | 07 | 45 |

**TIME SCHEDULED TO WORK**

PRE TOUR

**COMPENSATION OPTION (Check One):** ☐ TIME  ☒ CASH

**OVERTIME PERFORMED:** 07 HRS 45 MIN

**TRAVEL TIME (IF APPLICABLE):** —

**CMD./LOCATION WHERE DUTY PERFORMED:** 350 SAM - ECAB

**INCIDENT TIME (Actual time of occurrence):** 0648

**REASON FOR LOST TIME (Identify incident specifically):** PRE TOUR O.T.

I hereby certify that this report is accurate:

| Date | Rank/Signature of Requesting Member |
|---|---|
| 04/03/09 | P.O. [signature] |

**SUPERVISORY OFFICER'S CERTIFICATION**

**O/T EARNED:** ☐ OUTSIDE DETAIL  ☒ PERMANENT COMMAND

DETAIL SUPERVISOR: If member returns to command, do not sign form. Record time member directed to command. _____ Hrs.

DETAIL SUPERVISOR: If member is released from outside detail, sign and record time dismissed. _____ Hrs.

**CHECK ONE:** ☐ DETAIL COMMAND LOG  ☒ PCT. COMMAND LOG

| Date | TIME OF ENTRY | DATE | PAGE NO. |
|---|---|---|---|
| 4/3/09 | 1435 | 4/3/09 | 09 |

| Supervisor's Name Printed | Command |
|---|---|
| Sgt. Dlin | BCS |

Rank/Signature of Supervisor: [signature]

INSTRUCTIONS: Submit one copy to desk officer or supervisor at time of FINAL dismissal. Form must be certified by a supervisor and returned to member for submission to permanent command.

---

**FOR CLERICAL USE ONLY**

EMPLOYEE TIME RECORD (ETR)   INCIDENT CODE:
WEEK NO. _____

INSTRUCTIONS: Circle or write-in applicable event code(s) and record corresponding reason code and Hour:Min.

### UNIFORMED

| TYPE OF OVERTIME | PMS EVENT CODE | HH:MM | REASON CODE |
|---|---|---|---|
| OVERTIME (TIME) | | | |
| PD OVERTIME (CASH) DAY RATE | | | |
| PD OVERTIME (CASH) NIGHT RATE | | | |
| PORTAL TO PORTAL SAME BORO (CASH) | | | |
| PORTAL TO PORTAL SAME BORO (TIME) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (CASH) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (TIME) | | | |

### CIVILIAN

| TYPE OF OVERTIME | PMS EVENT CODE | HH:MM | REASON CODE |
|---|---|---|---|
| OVERTIME (CASH) STRAIGHT RATE (1.0) | | | |
| OVERTIME (CASH) PREMIUM RATE (1.5) | | | |
| HOLIDAY (TIME & CASH) | | | |
| OVERTIME (TIME) PREMIUM RATE (1.5) | | | |

TIMEKEEPER'S SIGNATURE _____ DATE _____

COMMANDING OFFICER'S APPROVAL _____ DATE _____