# OVERTIME REPORT
PD 138-064 (Rev. 11-05)

(SUBMIT THIS REPORT IMMEDIATELY)

| Field | Value |
|---|---|
| RANK | P.O. |
| REFERENCE NO. | 0367070 |
| COMMAND | B.C.S. |
| SHIELD | 8654 |
| SURNAME | Omot |
| FIRST | Dejanira |
| M.I. | |
| SQD./CHT. | MT |
| TOUR NUMBER | |

**TIME ACTUALLY WORKED**
- DATE FROM: 07/16/10
- DATE TO: 07/16/10
- TIME: 0630 – 1730
- HRS: 11  MIN: 00

**TIME SCHEDULED TO WORK**
- DATE FROM: 07/16/10
- DATE TO: 07/16/10
- TIME: 0630 – 1453
- HRS: 08  MIN: 23

**COMPENSATION OPTION:** ☒ CASH  ☐ TIME

**OVERTIME PERFORMED:** 02 HRS 37 MIN

**TRAVEL TIME (IF APPLICABLE):** N/A

**CMD./LOCATION WHERE DUTY PERFORMED:** 350 Jay Street

**INCIDENT TIME (Actual time of occurrence):** 1453

**REASON FOR LOST TIME:** Overtime

I hereby certify that this report is accurate:
- Date: 07/16/10
- Rank/Signature of Requesting Member: P.O. [signature]

## SUPERVISORY OFFICER'S CERTIFICATION

O/T EARNED:  ☐ OUTSIDE DETAIL  ☐ PERMANENT COMMAND

CHECK ONE:
☐ DETAIL COMMAND LOG
☐ PCT. COMMAND LOG

- Date: 07/16/10
- Supervisor's Name Printed: Sgt Brown
- Command: B.C.S.

INSTRUCTIONS: Submit one copy to desk officer or supervisor at time of FINAL dismissal. Form must be certified by a supervisor and returned to member for submission to permanent command.

---

## FOR CLERICAL USE ONLY

EMPLOYEE TIME RECORD (ETR)   INCIDENT CODE:
WEEK NO. _____

INSTRUCTIONS: Circle or write-in applicable event code(s) and record corresponding reason code and Hour:Min.

### UNIFORMED

| TYPE OF OVERTIME | PMS EVENT CODE | HH:MM | REASON CODE |
|---|---|---|---|
| OVERTIME (TIME) | | | |
| PD OVERTIME (CASH) DAY RATE | | | |
| PD OVERTIME (CASH) NIGHT RATE | | | |
| PORTAL TO PORTAL SAME BORO (CASH) | | | |
| PORTAL TO PORTAL SAME BORO (TIME) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (CASH) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (TIME) | | | |

### CIVILIAN

| TYPE OF OVERTIME | PMS EVENT CODE | HH:MM | REASON CODE |
|---|---|---|---|
| OVERTIME (CASH) STRAIGHT RATE (1.0) | | | |
| OVERTIME (CASH) PREMIUM RATE (1.5) | | | |
| HOLIDAY (TIME & CASH) | | | |
| OVERTIME (TIME) PREMIUM RATE (1.5) | | | |

TIMEKEEPER'S SIGNATURE    DATE

COMMANDING OFFICER'S APPROVAL   DATE

CASH

## OVERTIME REPORT
PD 138-064 (Rev. 11-05)

(SUBMIT THIS REPORT IMMEDIATELY)

| RANK | REFERENCE NO. | COMMAND |
|---|---|---|
| P.O. | | B-C-S |

| SHIELD | SURNAME | FIRST | M.I. |
|---|---|---|---|
| 8654 | Gomez | Deyanira | |

| SQD./CHT. | TOUR NUMBER |
|---|---|
| M/T | 04 |

**TIME ACTUALLY WORKED**

| DATE FROM | DATE TO | HRS. | MIN. |
|---|---|---|---|
| 07/17/10 | 07/17/10 | | |
| TIME 0630 | TIME 2253 | 16 | 23 |

**TIME SCHEDULED TO WORK**

| DATE FROM | DATE TO | HRS. | MIN. |
|---|---|---|---|
| 07/17/10 | 07/17/10 | | |
| TIME 0630 | TIME 1453 | 08 | 23 |

COMPENSATION OPTION (Check One): ☐ TIME  ☒ CASH

OVERTIME PERFORMED: 08 00

TRAVEL TIME (IF APPLICABLE): —

CMD./LOCATION WHERE DUTY PERFORMED: 350 JAY

INCIDENT TIME (Actual time of occurrence): 1453

REASON FOR LOST TIME: (Identify incident specifically) Ordered O.T.

I hereby certify that this report is accurate:

| Date | Rank/Signature of Requesting Member |
|---|---|
| 07/17/10 | [signature] |

**SUPERVISORY OFFICER'S CERTIFICATION**

O/T EARNED: ☐ OUTSIDE DETAIL  ☐ PERMANENT COMMAND

DETAIL SUPERVISOR: If member returns to command, do not sign form. Record time member directed to command. ___ Hrs.

DETAIL SUPERVISOR: If member is released from outside detail, sign and record time dismissed. ___ Hrs.

CHECK ONE: ☐ DETAIL COMMAND LOG  ☐ PCT. COMMAND LOG

TIME OF ENTRY | DATE | PAGE NO.

| Date | Supervisor's Name Printed | Command |
|---|---|---|
| 07/17/10 | Ancona | B-C-S |
| | Rank/Signature of Supervisor | |

INSTRUCTIONS: Submit one copy to desk officer or supervisor at time of FINAL dismissal. Form must be certified by a supervisor and returned to member for submission to permanent command.

---

**FOR CLERICAL USE ONLY**

EMPLOYEE TIME RECORD (ETR)    INCIDENT CODE:

WEEK NO. _____

INSTRUCTIONS: Circle or write-in applicable event code(s) and record corresponding reason code and Hour:Min.

### UNIFORMED

| TYPE OF OVERTIME | PMS EVENT CODE | HH:MM | REASON CODE |
|---|---|---|---|
| OVERTIME (TIME) | | | |
| PD OVERTIME (CASH) DAY RATE | | | |
| PD OVERTIME (CASH) NIGHT RATE | | | |
| PORTAL TO PORTAL SAME BORO (CASH) | | | |
| PORTAL TO PORTAL SAME BORO (TIME) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (CASH) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (TIME) | | | |

### CIVILIAN

| TYPE OF OVERTIME | PMS EVENT CODE | HH:MM | REASON CODE |
|---|---|---|---|
| OVERTIME (CASH) STRAIGHT RATE (1.0) | | | |
| OVERTIME (CASH) PREMIUM RATE (1.5) | | | |
| HOLIDAY (TIME & CASH) | | | |
| OVERTIME (TIME) PREMIUM RATE (1.5) | | | |

TIMEKEEPER'S SIGNATURE _____    DATE _____

COMMANDING OFFICER'S APPROVAL _____    DATE _____

**OVERTIME REPORT**
PD 138-064 (Rev 11-05)

CASH

(SUBMIT THIS REPORT IMMEDIATELY)

| RANK | REFERENCE NO. | COMMAND |
|---|---|---|
| PO | 0367070 | 0BCS |

| SHIELD | SURNAME | FIRST | M.I. |
|---|---|---|---|
| 8654 | GOMEZ | DOYANIRA | |

| SQD./CHT. | TOUR NUMBER |
|---|---|
| RDO | 0630 X 1 |

**TIME ACTUALLY WORKED**
| DATE FROM | DATE TO | HRS. | MIN. |
|---|---|---|---|
| 03/05 | 03/05 | | |

| TIME | TIME |
|---|---|
| 0630 | 1453 |

**TIME SCHEDULED TO WORK**
| DATE FROM | DATE TO | HRS. | MIN. |
|---|---|---|---|
| RDO | | | |

| TIME | TIME |
|---|---|
| | |

**COMPENSATION OPTION (Check One)**
☐ TIME  ☒ CASH

**OVERTIME PERFORMED**
| HRS. | MIN. |
|---|---|
| 08 | 28 |

TRAVEL TIME (IF APPLICABLE):

CMD./LOCATION WHERE DUTY PERFORMED: ECAB 350 JAY

INCIDENT TIME (Actual time of occurrence): 0630

REASON FOR LOST TIME: (Identify incident specifically) RDO OT

I hereby certify that this report is accurate:

| Date | Rank/Signature of Requesting Member |
|---|---|
| 03/05/09 | PO [signature] |

**SUPERVISORY OFFICER'S CERTIFICATION**
O/T EARNED: ☐ OUTSIDE DETAIL  ☐ PERMANENT COMMAND

CHECK ONE:
☐ DETAIL COMMAND LOG
☐ PCT. COMMAND LOG

| Date | Supervisor's Name Printed | Command |
|---|---|---|
| | | |

Rank/Signature of Supervisor

INSTRUCTIONS: Submit one copy to desk officer or supervisor at time of FINAL dismissal. Form must be certified by a supervisor and returned to member for submission to permanent command.

---

**FOR CLERICAL USE ONLY**

EMPLOYEE TIME RECORD (ETR)    INCIDENT CODE:
WEEK NO.

INSTRUCTIONS: Circle or write-in applicable event code(s) and record corresponding reason code and Hour:Min.

**UNIFORMED**

| TYPE OF OVERTIME | PMS EVENT CODE | HH:MM | REASON CODE |
|---|---|---|---|
| OVERTIME (TIME) | | | |
| PD OVERTIME (CASH) DAY RATE | | | 1 |
| PD OVERTIME (CASH) NIGHT RATE | | | |
| PORTAL TO PORTAL SAME BORO (CASH) | | | |
| PORTAL TO PORTAL SAME BORO (TIME) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (CASH) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (TIME) | | | |

**CIVILIAN**

| | | | |
|---|---|---|---|
| OVERTIME (CASH) STRAIGHT RATE (1.0) | | | |
| OVERTIME (CASH) PREMIUM RATE (1.5) | | | |
| HOLIDAY (TIME & CASH) | | | |
| OVERTIME (TIME) PREMIUM RATE (1.5) | | | |

TIMEKEEPER'S SIGNATURE    DATE

COMMANDING OFFICER'S APPROVAL    DATE

---

03/07 1 HR OT - CASH

CASH

# OVERTIME REPORT
PD 138-064 (Rev. 11-05)

(SUBMIT THIS REPORT IMMEDIATELY)

**RANK:** PO
**REFERENCE NO.:**
**COMMAND:** B.C.S.
**SHIELD:** 8654
**SURNAME:** Bonet
**FIRST:** Deyaniria
**M.I.:** A
**SQD./CHT.:**
**TOUR NUMBER:** 05

### TIME ACTUALLY WORKED
- **DATE FROM:** 05/30/10  **TIME:** 0630
- **DATE TO:** 05/30/10  **TIME:** 2253
- **HRS:** 16  **MIN:** 23

### TIME SCHEDULED TO WORK
- **DATE FROM:** 05/30/10  **TIME:** 0630
- **DATE TO:** 05/30/10  **TIME:** 1453
- **HRS:** 08  **MIN:** 23

**COMPENSATION OPTION (Check One):** ☒ CASH  ☐ TIME
**OVERTIME PERFORMED:** 08 HRS 00 MIN

**TRAVEL TIME (IF APPLICABLE):** N/A

**CMD/LOCATION WHERE DUTY PERFORMED:** 350 JAY ST
**INCIDENT TIME (Actual time of occurrence):** 1453
**REASON FOR LOST TIME (Identify incident specifically):** E FAX AT POST

I hereby certify that this report is accurate.
**Date:** 05/30/10  **Rank/Signature of Requesting Member:** PO [signature]

### SUPERVISORY OFFICER'S CERTIFICATION
**O/T EARNED:** ☐ OUTSIDE DETAIL  ☐ PERMANENT COMMAND

**CHECK ONE:** ☐ DETAIL COMMAND LOG  ☐ PCT. COMMAND LOG
**TIME OF ENTRY:**   **DATE:**   **PAGE NO.:**

**Date:** 05/30/10
**Supervisor's Name Printed:** Sgt Armstrong
**Command:** B.C.S.

---

## FOR CLERICAL USE ONLY

**EMPLOYEE TIME RECORD (ETR)**   **INCIDENT CODE:**
**WEEK NO.:**

INSTRUCTIONS: Circle or write-in applicable event code(s) and record corresponding reason code and Hour:Min.

### UNIFORMED

| TYPE OF OVERTIME | PMS EVENT CODE | HH:MM | REASON CODE |
|---|---|---|---|
| OVERTIME (TIME) | | | |
| PD OVERTIME (CASH) DAY RATE | | | |
| PD OVERTIME (CASH) NIGHT RATE | | | |
| PORTAL TO PORTAL SAME BORO (CASH) | | | |
| PORTAL TO PORTAL SAME BORO (TIME) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (CASH) | | | |
| PORTAL TO PORTAL OUTSIDE BORO (TIME) | | | |

### CIVILIAN

| | | | |
|---|---|---|---|
| OVERTIME (CASH) STRAIGHT RATE (1.0) | | | |
| OVERTIME (CASH) PREMIUM RATE (1.5) | | | |
| HOLIDAY (TIME & CASH) | | | |
| OVERTIME (TIME) PREMIUM RATE (1.5) | | | |

**TIMEKEEPER'S SIGNATURE**   **DATE**

**COMMANDING OFFICER'S APPROVAL**   **DATE**

INSTRUCTIONS: Submit one copy to desk officer or supervisor at time of FINAL dismissal. Form must be certified by a supervisor and returned to member for submission to permanent command.

# Exhibit : E

---

# Containing:

---

① Defendant Eric Gauen Notes
② Bridge Back to life Notes
③ M.S. Noto


"I show everyone a smile — but inside I'm breaking down."

- Ø current psy meds
- prescribed Paxil in '07 to help w/ anx related to situation w/ her boss. MOS only took 2 pills. Didn't like how she felt.

<u>Psy Tx</u> – Social worker in '07 as a result of boss romantically interested in her. Caused alot of stress. Felt harassed.

- attended once weekly for 8 months. Helpful @ 1st, but kept talking about work, so stopped. Didn't want to go to work AND talk about work in my spare time. Stopped approx 1½ yrs. ago.

- Currently not in Psy Tx — However plans to call GHI & get a recommendation for a therapist who specializes in Anxiety & pain management.

<u>Alcohol</u>

- Stopped drinking lg. amts approx 3 weeks ago.
- Prior to 3 weeks ago – 2 glasses of rum + coke nightly, prior to bed to help sleep.
- 3 yrs ago – around time of '07 incident MOS began drinking 2 glasses of rum + coke nightly to assist w/ <u>sleep</u>. Also to relieve <u>stress</u>.
- Ø beer  ⎫
- Ø wine  ⎭  due to medical issues

Case 1:15-cv-04036-AJN-JLC   Document 20-6   Filed 11/02/15   Page 7 of 11

⑥

"I show everyone a smile - but inside I'm breaking down."

∅ current psy meds
prescribed Paxil in '07 to help w/ anx related to situation w/ her boss. MOS only took 2 pills. Didn't like how she felt.

<u>Psy Tx</u> - Social worker in '07 as a result of boss romantically interested in her. Caused alot of stress. Felt harassed.

- attended once weekly for 8 months. Helpful @ 1st, but kept talking about work, so stopped. Didn't want to go to work AND talk about work in my spare time. Stopped approx 1½ yrs. ago.

Currently not in Psy Tx — However plans to call GHI & get a recommendation for a therapist who specializes in Anxiety + pain management.

<u>Alcohol</u>
- Stopped drinking lg. amts approx 3 weeks ago.
- Prior to 3 weeks ago - 2 glasses of rum + coke nightly, prior to bed to help sleep.
- 3 yrs ago - around time of '07 incident MOS began drinking 2 glasses of rum + coke nightly to assist w/ <u>sleep</u>. Also to relieve <u>stress</u>.
∅ beer  ⎫
∅ wine  ⎬ due to medical issues

POLICE DEPARTMENT
CITY OF NEW YORK

6/1/09
(Date)

From    Eric Gauen, PsyD , Psychological Evaluation Section

To    Firearms Removal/Restoration Desk, Medical Division

Subject    REMOVAL OF FIREARMS FROM A MEMBER OF THE DEPARTMENT

1. I hereby request the removal of firearms from:

    Title    P.O.
    Name    Deyanira Gomez
    Shield    8654    , Tax: 906356
    Command:    Brooklyn CT Section

for the purpose of psychological evaluation. <u>This person will be placed on Restricted Duty assignment</u> pending the results of this evaluation.

2. For your information

_____ R.D
(Signature)

Eric Gauen, PsyD
(Name Printed)

Psychologist I
(Title)

Psychological Evaluation Section

RINALDO PETRONIO LCSW
New York State Licensed Psychotherapist
140 West 69th. St. Groundfloor
New York, N.Y. 10023
212 873 3964

January 18, 2010

Re: Deyanira A Gomez
DOB: 06/16/1972

To Whom It May Concern:
I am writing this letter on Off. Gomez behalf, and with her permission.
Off. Gomez had been referred to this provider by colleagues who at the time were in treatment with this therapist.
On intake, June 15, 2009, this patient reported having suffered a spine injury while on duty. She had said to be seeking treatment for symptoms of anxiety and panic.
This patient has been attending weekly sessions of Supportive and Cognitive Behavioral Therapy

This patient's initial and present diagnosis is:   DSM-IV 308.3  Acute Stress Disorder
                                                  300.01 Panic Disorder W/O Agoraphobia
Patient has no previous history of psychiatric symptoms.

Off. Gomez is presently experiencing generalized anxiety, sleep disturbances, considerable weight gain, panic attacks, difficulty concentrating and severely decreased energy.

When the two psychiatrist I referred this patient to were not available, Gomez sought help at Psychological Services where she was inexplicably referred to the Counseling Unit which without consulting with her family, physicians and no further investigation, sent her to alcohol rehab where she was told by her counselor she was not an alcoholic and she did not belong there. All this to no avail, Gomez has been forced to attend AA meetings, group meetings at both the rehab and the Counseling Unit: seven days a week for five months and now her punishment has just been doubled: she has been given five more months of rehab. This injustice and consequent strenuous activity has obviously stressed her beyond her limits.

As well as being a psychotherapist in private practice, I was certified, over twenty years ago, as an alcoholism counselor. Since then I have trained and instructed throngs of counselors and social workers in alcoholism and substance abuse psychotherapy. I did this at Fordham University Graduate School for Social Services as well as other institutions for higher learning. I have been, for over 15 years on the NYPD Counseling Unit's referral list till I resigned last year.
I can unequivocally state that Off. Gomez is not an alcoholic nor a "problem drinker".

This patient is actually very sensitive to medication and has under medicated her self in order to be able to drive to work. Thus she has not been able to benefit from pain, or anxiety medication prescribed by her neurologist and psychiatrist.
She has been forced to continue working in spite of the fact that if she were to take her medications as prescribed, she would actually be considered to be legally impaired at the wheel.
Forced to choose between medication and work, she chose work, thus her physical and emotional condition have worsened. She has recently lost feeling in her thighs; unable to walk, she was hospitalized and ordered to bed rest.
Luckily, on this occurrence she was not behind the wheel of a car.
I deem Off. Gomez to be completely disabled. Further I consider her to be a liability to the NYPD and the public as well.
Sincerely,



# BRIDGE BACK TO LIFE CENTER, INC.

Gary Butchen, CSW-R, CASAC
*Executive Director*

**500 8th Avenue,**
9th Floor, Suite 906
New York,
NY 10018
(212) 679-4960
(212) 399-6902 fax

**175 Remsen St.**
10th Floor
Brooklyn,
New York 11201
(718) 852-5552
(718) 852-5666 fax

**2857 West 8th St.**
Brooklyn,
New York 11224
(718) 265-4200
(718) 265-8536

**4271 Hempstead**
Turnpike
Bethpage,
New York 11714
(516) 520-6600
(516) 520-6750 fax

**1688 Victory Blvd.**
Staten Island,
New York 10314
(718) 447-5700
(718) 442-8945 fax

**25 Newbridge Rd.**
Suite 202
Hicksville,
New York 11801
(516) 433-6069
(516) 433-6245 fax

www.bridgebacktolife.com

Date: December 10, 2010
To: Deyanira Gomez
From: Jorge Rivera

Please accept this letter as proof that you have successfully met all NYPD requirements to complete treatment, and move forward in your recovery. We wish you the best in all your endeavourers, and know that we are here if you should ever need us.

Sincerely,

Jorge Rivera CASAC



# BRIDGE BACK TO LIFE CENTER, INC.

| Question | Yes | No |
|---|---|---|
| Does patient often use larger amounts or over a longer period than was intended? | ☐ | ☒ |
| Has patient made unsuccessful efforts to cut down or control substance use? | ☐ | ☒ |
| Is patient spending more time obtaining, using and recovering from effects of substances? | ☐ | ☒ |
| Have important social, occupational or recreational activities been given up or reduced because of substance use? | ☐ | ☒ |
| Is patient mandated to attend substance abuse treatment? | ☒ | ☐ |

## SYMPTOMS/RESULTS OF SUBSTANCE ABUSE, PAST OR PRESENT

**PHYSICAL**
1. Shakes — no
2. Vomiting — no
3. Sweats — no
4. Diarrhea — no
5. Chills — no
6. Constipation — no
7. Cramps — no
8. Memory Loss — no
9. Blackouts — no
10. Overdose — no
11. Convulsions — no
12. Seizures — no
13. Delirium Tremens — no
14. Diet/Appetite Problems — no
15. Headaches — no
16. Sleep Dysfunction — no

**PSYCHOLOGICAL**
17. Depression — no
18. Anxiety — no
19. Guilt / Shame — no
20. Mood Swings — no
21. Paranoia — no
22. Hallucinations — no
23. Loss of Self Respect — no
24. Violent Behavior — no
25. Loss of Ambition — no
26. Loneliness — no
27. Jealousy — no
28. Anger — no
29. Grief — no
30. Panic — no
31. Resentment — no

**EXTERNAL**
32. Sold Drugs — no
33. Injuries — no
34. Loss of old Friends — no
35. D.U.I./DWI — no
36. Legal Problems — no
37. Stolen to Support Use — no
38. Accidents — no
39. Shared Needles — no
40. Morning Use — no
41. Use to Prevent W/D — no
42. Emergency Room Visits — no
43. Using Alone — no
44. Other — 

## PREVIOUS ALCOHOL / CHEMICAL DEPENDENCY TREATMENT

Inpatient?  Yes____  No __X__   #Detoxes:____  #Rehabs:____  #Residential:____

List Facilities, Dates, Patient's Experience and Resulting Length of Abstinence
1. _____
2. _____
3. _____
4. _____

Outpatient?  Yes____  No __X__

List Facilities, Dates, Patient's Experience and Resulting Length of Abstinence
1. _____
2. _____
3. _____
4. _____