80 p f.S

$ 60.00

COPY

NYPD

7/16/09 - ① spoke to Victoria Tobin, EAP unit who reported that clt disclosed that clt reported to 4 unit that she was drinking daily for the past 3 yrs, ⑦ reported to her she was drinking (3× a week) along w/ w/ taking Percocet on the weekend. Admit to having 4 Long Island Ice Teas on 6/10/09 prior to being screened for by NYPD EAP

# Exhibit : F

-----------------------------------------

# Containing:

-----------------------------------------

① St Lukes Hosp Discharge
② At home Nurse Rpt
③ Receipt For Walker.

# VNR VISITING NURSE REGIONAL
## HEALTH CARE SYSTEM

☐ VNAB    ☐ EMPIRE    ☐ CHHA    ☐ LTHHCP    HA_____

### PATIENT PROGRESS NOTE

**Name** _Gomez, Deyanira_     **Send to HC/LTC** _____

**Address** _____     **Discipline** _P.T._

| DATE | | REVISIT DATE SIGNATURE/TITLE |
|------|---|---|
| 12/21/09 | Pt. is s/p MVA c̄ multiple areas of C/o pain @ LB and C-spine area. | |
| | P.T. has consisted of gentle LE Ex's, gait training mobility and postural Ex's. | |
| | Good functional improvement c̄ transfers/Amb/stairs, but c̄ cont'd C/o pain at LB & C-spine which varies/fluctuates. | |
| | Recommending modalities for pain relief As alternative to home P.T. | |
| | I can be reached at (718)726-8663 (D) or (  )646-369-6480. | |

11-009-2 REV. 6/07

Primary Payer: NO thing Secondary Payer: _____

| Services | Plan of Care Frequency and Duration | Community Charges | Medicare Pays | Medicaid Pays | Private or Managed Care Insurance | Amount Patient is Liable |
|---|---|---|---|---|---|---|
| Skilled Nursing | | $175/visit | 100%. | 100% | | |
| Physical Therapy | | $175/visit | 100% | 100% | | |
| Occupational Therapy | | $175/visit | 100% | 100% | | |
| Speech Therapy | | $175/visit | 100% | 100% | | |
| Social Service | | $175/visit | 100% | 100% | | |
| Home Health Aide | | $35/hour | 100% | 100% | | |
| Personal Care Worker | | $35/hour | Not covered | 100% | | |
| House keeper | | $35/hour | Not covered | 100% | | |
| Nutrition Counseling | | $175/visit | Not covered | 100% | | |
| Respiratory Therapy | | $175/ visit | Not covered | 100% | | |
| Audiology | | $175/ visit | Not covered | 100% | | |
| Personal Response System | | $75/Installation $30/month | Not covered | 100% | | |
| Tele-Health Monthly Monitoring | | $200/Installation $350/month | Not covered | 100% | | |
| Supplies | | Vendor | 100% | 100% | | |
| Durable Medical Equipment | | Vendor | 80% Part B | 100% | | |
| Laboratory | | Vendor | 80% Part B | 100% | | |
| Other | | | | | | |

I understand that:

☑ The preceding table is the Agency's estimate of my financial liability based upon the financial/insurance information that I have provided the Agency and the initial Plan of Care.

☑ In instances where Medicare will be paying for my services, most medical supplies and rehabilitation visits are included in the covered home care services provided to Medicare patients. Medicare, however, will not reimburse patients if they order supplies privately or reimburse providers of outpatient rehabilitation while the patient is receiving Medicare covered home care.

☐ I am responsible for any deductible, co-payment or percentage of the "usual and customary fee" for each visit and for portion of the cost for Durable Medical Equipment (after being duly notified) as required by my insurance plan, private commercial/managed care, governmental or combination of plans.

☑ In the event that my insurance company pays me directly, I or my estate will be fully responsible for reimbursing the Agency all monies for services rendered. I understand that in the event that services I received are not covered or paid for by my insurance plan (commercial, managed care, private, governmental or combination of plans) I am financially liable for the entire amount of the bill for services rendered. I understand that I will be billed directly by the Durable Medical Equipment Company and Laboratory if I receive those services. I understand that all bills are due and payable upon receipt.

☐ My financial responsibility is indicated above and I agree to notify the Agency immediately should my insurance information change so that the Agency can determine the financial coverage for services provided. If I am unable to pay, I agree to provide additional financial information to determine eligibility for care at a reduced rate or free of charge.

X _____ **OR** _____
Patient Signature          Person Authorized to Sign for Patient/Relationship*

*Explanation of why patient cannot sign consent: _____
I have explained and discussed all of the above with the patient/responsible party prior to rendering care.
Nurse/Therapist: _____ Date: _____

**VNR HOME CARE**
SERVICES
VISITING NURSE ASSOCIATION OF BROOKLYN
EMPIRE STATE HOME CARE SERVICES

❑ VNAB                    ❑ EMPIRE

## PATIENT CONSENT AND FINANCIAL LIABILITY AGREEMENT (Page 1 of 2)

GOMEZ VEYANIRA                          166 John St S 1035

Patient Name    (Print)                          Patient Address (Including Zip Code)

Program:    ☑ AC    ❑ BH    ❑ HT    ❑ LTHHCP/ALTHHCP

❑ MCH/Peds    ❑ Medical Home    ❑ Aftercare Bridge

I hereby give authorization and consent to the Agency and their staff to render needed home health care and support servic
under the supervision of my physician.

I understand that:

☑ My consent is voluntary and that my refusal to participate now would in no way affect my future benefits
under this or any other Agency program.

☑ Photographs or digital pictures may be recorded to document my wound status.

☑ The health care services rendered will be coordinated by a registered nurse and may include nursing, physical therap
occupational therapy, speech therapy, social work, nutrition, paraprofessional services, durable medical equipment
supplies, and laboratory tests. In case I only require physical therapy, the services will be coordinated by a physic
therapist. My insurance coverage was verified by the Agency as part of the referral and admission process. I certify th;
the financial and insurance information supplied by me is correct.

☑ I will be advised orally and in writing of any changes in the payment source or information provided herein.
understand that all efforts will be made to inform me quickly and that such information will be provided me no late
than 30 days from the date that the Agency was made aware of such changes.

I acknowledge that the following documents have been given and explained to me, and that I understand:

☑ The notice that my plan of care may be subject to change based upon my needs and/or the availability of Agenc
services. I will be notified of all changes in my plan of care and all changes will be coordinated with my physician.

☑ The Patient's Bill of Rights, including my rights, responsibilities and financial liability, if any.

☑ The Agency Notice of Privacy Practices.

☑ Information regarding Advance Directives: Planning in Advance for Your Medical Treatment; Do Not   Resuscitat
Orders – A Guide for Patients and Families; Appointing Your Health Care Agent and a copy of the Agency's Patier
Self-Determination Policy.
[ ] I do not have an Advance Directive, OR

[ ] I have executed: [ ] Healthcare Proxy [ ] Non-hospital Do Not Resuscitate (DNR) [ ] Living Will

I authorize:

☑ The Agency to disclose my clinical record to third party payers, regulatory bodies, accrediting bodies and others wh;
may review content for quality of care and utilization of services as required by law.
☑ The assignment of payment directly to the Agency of benefits for home health services as prescribed by my physicia;
and as provided under the terms of my insurance policy, Medicare, or Medicaid.

I have been advised, before care is initiated, of the extent to which payment for services may be expected from Medicare o
other sources, and the extent to which payment may be required by me.

Rev 01/21/09 OM/SD

| Services | Plan of Care Frequency and Duration | Community Charges | Medicare Pays | Medicaid Pays | Private or Managed Care Insurance | Amount Patient is Liable |
|---|---|---|---|---|---|---|
| Skilled Nursing | | $175/visit | 100% | 100% | | |
| Physical Therapy | | $175/visit | 100% | 100% | | |
| Occupational Therapy | | $175/visit | 100% | 100% | | |
| Speech Therapy | | $175/visit | 100% | 100% | | |
| Social Service | | $175/visit | 100% | 100% | | |
| Home Health Aide | | $35/hour | 100% | 100% | | |
| Personal Care Worker | | $35/hour | 100% | 100% | | |
| House keeper | | $35/hour | Not covered | 100% | | |
| Nutrition Counseling | | $175/visit | Not covered | 100% | | |
| Respiratory Therapy | | $175/ visit | Not covered | 100% | | |
| Audiology | | $175/ visit | Not covered | 100% | | |
| Personal Response System | | $75/Installation $30/month | Not covered | 100% | | |
| Tele-Health Monthly Monitoring | | $200/Installation $350/month | Not covered | 100% | | |
| Supplies | | Vendor | 100% | 100% | | |
| Durable Medical Equipment | | Vendor | 80%  Part B | 100% | | |
| Laboratory | | Vendor | 80%  Part B | 100% | | |
| Other | | | | | | |

I understand that:

☑ The preceding table is the Agency's estimate of my financial liability based upon the financial/insurance information that I have provided the Agency and the initial Plan of Care.

☑ In instances where Medicare will be paying for my services, most medical supplies and rehabilitation visits are include in the covered home care services provided to Medicare patients. Medicare, however, will not reimburse patients if the order supplies privately or reimburse providers of outpatient rehabilitation while the patient is receiving Medicare covered home care.

☐ I am responsible for any deductible, co-payment or percentage of the "usual and customary fee" for each visit and for a portion of the cost for Durable Medical Equipment (after being duly notified) as required by my insurance plan, private commercial/managed care, governmental or combination of plans.

☐ In the event that my insurance company pays me directly, I or my estate will be fully responsible for reimbursing the Agency all monies for services rendered. I understand that in the event that services I received are not covered or paid for by my insurance plan (commercial, managed care, private, governmental or combination of plans) I am financially liable for the entire amount of the bill for services rendered. I understand that I will be billed directly by the Durable Medical Equipment Company and Laboratory if I receive those services. I understand that all bills are due and payable upon receipt.

☐ My financial responsibility is indicated above and I agree to notify the Agency immediately should my insurance information change so that the Agency can determine the financial coverage for services provided. If I am unable to pay, I agree to provide/additional financial information to determine eligibility for care at a reduced rate or free of charge.

_____   OR   _____
Patient Signature                          Person Authorized to Sign for Patient/Relationship*

*Explanation of why patient cannot sign consent: _____
I have explained and discussed all of the above with the patient/responsible party prior to rendering care.
Nurse/Therapist: _____ Date: _____

Patient Last Name: **GOMEZ**

**O** ALS Assessment

PMH

Allergies: LATEX

Medication: CELASE MAXAETH PER WEL

**COMMENTS:**

37 % ↑ PT ≠D LYING (HEAD ELEVATED) ON HOSPITAL BED AWAITING

TXP TO RESIDENCE • PT CC TO BACK PAIN • PT PE DISPLAYED GRC S.C.B.

TO ↓ JVD CHEST PAINS, ABD TO S·N· (N-D) x4 OBS PULSE · MOTOR · SENSORY x

4 EXT, S.C.T, OTHER FINDINGS • PT TXP TO RESIDENCE IN P.O.C.

↓/C INCIDENT.

**X** PT RECEIVING AGENT

718-462-2900

OUR PHONE SYSTEM HAS BEEN UPGRADED. PLEASE
LISTEN TO ALL OPTIONS BEFORE SELECTING.

*SAMEDAY*

Wed
12/2

| DATE | NUMBER |
|------|--------|
| 12.02.2009 | 26115 |

**WORK ORDER**

Ship to GOMEZ, DEYANIRA
164 JOHN STREET 1ST FLOOR @
STATEN ISLAND, NY 10302

Entered by: sarriet

PM
Delivery.

**TO**

DEYANIRA GOMEZ
164 JOHN STREET 1ST FLOOR
STATEN ISLAND, NY 10302
718-285-4529

STATE FARM INSURANCE
Pat. #176267

Ship via DRIVER
ref: THE ST LUKES HOSPITAL

Salesrep: 25

| SERVICE DATE | SERVICE TIME |
|--------------|--------------|
| 12.02.2009 | SAMEDAY |

| ITEM | QUANTITY | DESCRIPTION | BIN # |
|------|----------|-------------|-------|
| HLB804 | 1 | Delivery: Purchase, New –  WALKER W/5" WHEELS, ADULT FOLDING  DEL ROLLING WALKER ITEM# HLB804 | 108.81 |

WORK ORDER TOTAL 108.81

I request that payment of authorized Medicare, Medicaid or other Private Insurance benefits be made on my behalf to MEDSTAR for any services furnished to me by this surgical supplier. I authorize any holder of medical information about me to release to the Health Care Financing Administration and its agent any information needed to determine these benefits payable for related services.

"I ACKNOWLEDGE RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND ACCEPT RESPONSIBILITY FOR LISTED EQUIPMENT. I UNDERSTAND THAT REQUESTS FOR RETURN OF PURCHASED ITEMS MUST BE MADE WITHIN 7 DAYS FROM ORIGINAL DELIVERY DATE AND ITEMS MUST BE IN UNUSED CONDITION".

I HAVE RECEIVED A COPY OF MEDSTAR'S MISSION STATEMENT AND MY RIGHTS AND RESPONSIBILITIES. MY CLOSEST FAMILY MEMBER IS

I have been instructed on how to use the equipment._____ I have instructed the client on how to use the equipment._____
CSR ____ ADD CON BY ____ PACKED BY ____ DEL BY ____
ERIKA/CALLED IN/GARY GRISSOM-ST LUKES 212-523-5885/DEL TO PT HOME OK DEL
CONF W PT

Signature X

Receiver's Signature X

St. Luke's–Roosevelt Hospital Center

# DISCHARGE INFORMATION FORM
## Page 1 of 2

ADDRESSOGRAPH AREA

**DISCHARGE PLAN:** ☐ Home Self Care   ☑ Home with Skilled Nursing/Personal Care
☐ Home with IV Therapy   **Agency:** _____   **Date Services Start** _____
**Contact Person** _____   **Agency Phone Number** _____
**Discharge to:** ☐ Skilled Nursing Facility   ☐ Acute Care Facility   ☐ Hospice/Home   ☐ Hospice Med Facility
☐ Intermediate Care Facility   ☐ Shelter   ☐ Inpatient Rehab Facility   ☐ Other Facility _____   ☐ AMA / Eloped
**FOLLOW-UP APPOINTMENTS:** ☑ Follow-up with private doctor in __2__ weeks. Call _____ for an appointment.
☐ Follow-up at the SLR Clinic in _____ weeks at   ☐ St. Luke's Site   ☐ Roosevelt Site
　　　☐ Clinic appointment made for _____ Clinic on _____ (Date/Time)
　　　☐ Call for appointment   SL (212) 523-____   RH (212) 523-____

| **MEDICATIONS** ☐ None | Name, Dose, How often to take, How to take |
|---|---|
| ☑ Prescription given | Avelox 400 mg oral daily for 6 days |
| ☐ Prescription given | Docusate & Senna over the counter |
| ☐ Prescription given | |
| ☐ Prescription given | |
| ☐ Prescription given | |
| ☐ Prescription given | |
| ☐ Prescription given | |
| ☐ Prescription given | |
| ☐ Prescription given | |

☐ I have reconciled these discharge medications with the medications the patient was admitted on and with the medication administered during hospitalization.

**DIET:** ☑ No restrictions   ☐ Low Salt   ☐ Diabetic   ☐ Other _____
If you smoke, please strongly consider quitting. Quitting is the most important thing you can do for your heart. Discuss quitting with your Health Care Provider (HCP) and review the smoking cessation information given to you during this admission. Contact the SLRHC Smoking Cessation Clinic at (212) 523-4490 (SL) or (212) 523-6056 (RH) or call the American Cancer Society, Lung Association or the Cancer Information Service at (800) 4- CANCER. If you stopped smoking within the last 12 months, please continue to not smoke and use the above resources if needed.

**ACTIVITY:** ☐ No Restrictions   ☐ May Return to Work on _____ (Date)
Avoid the following activities:   ☐ Showering   ☐ Tub Bathing   ☐ Driving   ☐ Walking   ☐ Climbing Stairs
☐ Sexual Activity   ☐ Lifting   ☑ Other _As recommended by PT_
Please discuss when you can resume these activities with your Health Care Provider at your follow-up visit

**SPECIAL INSTRUCTIONS/PRECAUTIONS**

Call your Health Care Provider or call the clinic if you have the following: fever, bleeding, pain that does not go away with pain medicine, breathing problems, redness or drainage from an incision, swelling of feet, legs or hands, problems urinating or any other symptoms that worry you.
Other: _____
**IN CASE OF AN EMERGENCY,** go to the nearest Emergency room or call 911 or your local emergency number.

**If you have HEART FAILURE**
• **Diet:** Follow a Low Salt Diet   ☐ Other _____
• **Activity:** Resume your usual activity as tolerated.   ☐ Other _____
• **Weight monitoring**—Weigh yourself every day when you wake up. Call your Health Care Provider if you gain more than 2 pounds in a day or 5 pounds in a week.
• **Worsening Symptoms:** Call your Health Care Provider for worsening symptoms including increased shortness of breath, increased swelling of feet, legs or belly, if you are more tired than usual or you have side effects from your medications.

**MD Signature** _Careko_   Date _12/01/09_
**VACCINES:** You received ☐ influenza (flu)   ☐ pneumococcal (pneumonia) vaccine.   Date: _12-1-09_   ☑ N/A
For the RN:   I have reviewed the above information with the patient and/or significant other and given appropriate medication information sheets and Health Guides

**RN Signature:** _____   Date: _12/1/09_   Time Discharged: _____
I have received and understand this Plan for Continuing Care:

X _____ _____ _12/1/09_
**Patient's or Significant Other's Signature**   If Significant Other, relationship to patient   **Date**

# Exhibit : G

-----------------------------------

# Containing:

-----------------------------------

① Disability Evaluation

**Integrated Neurological Associates, P.L.L.C.**
3010 Amboy Road
Staten Island, New York 10306

## Disability Evaluation

Patient's Name: _Deyanira Gomez_    Date: _11 / 17 / 09_

To Whom It May Concern:

The above-named individual is currently under my care at INA and is undergoing treatment and evaluation for the following medical conditions:

Diagnosis: _Multiple trauma S/P MVA_

Level of Impairment: Presently the level of impairment is as follows:

[✓] Totally disabled, unable to work at this time
    [✓] Temporarily  [ ] Permanently
[ ] Partially disable. Able to perform limited work only:
    [ ] Light duty activities (see restrictions)
    [ ] Part-time work _____ hours per day _____ days per week
[ ] Not disabled, capable of working full-time & performing all required duties/activities.
[ ] Other _____

Period of Disability: _11/17/09_ _____ [✓] Until next visit _12/8/09_

**Restrictions:**

[ ] None
[✓] No heavy or repetitive lifting (more than ___ lbs. occasionally and __ lbs. frequently).
[✓] No prolonged sitting (more than ___ hours continuously and _____ hours per day).
[✓] No prolonged standing (more than ___ hours continuously and _____ hours per day).
[✓] No repetitive or sustained kneeling, bending, squatting or crawling)
[✓] No participation in Physical Education or unsupervised exercise at the gym.
[✓] No able to operate heavy machinery or motor vehicle.
[ ] Other _____

**Prognosis:**

[ ] Good
[ ] Fair
[✓] Guarded
[ ] Poor
[ ] Other _____

The above named patient will be re-evaluated in this office in approximately ___ weeks. At that time the level of disability will be re-determined. If I can be of assistance, please do not hesitate to contact me during office hours.

I remain _____

_____ M.D

Brooklyn Office:
9201 4th Avenue, Suite 101
Brooklyn, NY 11209
Tel: 718-748-5300
Fax: 718-748-0920

Hewlett Office:
301 Franklin Avenue
Hewlett, NY 11557
Tel: 516-374-2992
Fax: 516-295-9364

Queens Office:
104-60 Queens Blvd
Entrance @ 70-20 Yellowstone Blvd
Forest Hills, NY 11275
Tel: 718 459-1545, Fax: 718 459 6151