## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF _____  )

I, __Pierre Civil__ being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides at __2201 amsterdam ave apt #5C New York NY 10032__

On __November 02__, 20__15__ deponent served the within notice of motion and affidavit upon:

__City of New York,__
__New York city police__
__department__
(Opposing Party)

CORPORATION COUNSEL
100 CHURCH STREET    Rm 2-107
NEW YORK, NY 10007

by depositing true copies of same enclosed in postpaid properly addressed wrappers, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this __2__ day of __Nov__, 20__15__

_Pierre Civil_ (signature)

_____
Notary Public

CUI YING LI
Notary Public, State of New York
No. 01LI6303092
Qualified in New York County
Commission Expires May 12, 2018

5